UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,

vs.

KEVIN PAFFRATH, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. Plaintiffs filed this action on March 15, 2023, naming several foreign Defendants. (*See* Compl. [ECF No. 1] ¶¶ 28, 31). Plaintiffs are reminded that on or before **June 13, 2023**, they shall perfect service upon Defendants or show cause why this action should not be dismissed for failure to perfect service of process.

**DONE AND ORDERED** in Miami, Florida, this 17th day of March, 2023.

                                          */s/ Cecilia M. Altonaga*
                                          **CECILIA M. ALTONAGA**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record