UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    *Defendants.*

_____/

**NOTICE OF FILING AND PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING DEFENDANT'S HARASSMENT TOWARDS COUNSEL**

Plaintiffs respectfully file these materials to the Court to provide Notice and context supporting their request for a status conference regarding Defendant Mr. Ben Armstrong's harassment towards Plaintiffs' counsel:

1. Declaration of Lorenza Ospina as **Exhibit A**.

2. Emails from Mr. Ben Armstrong to Plaintiffs' Counsel as **Exhibit B**.

3. Tweets posted by Mr. Ben Armstrong on his Twitter page, as **Exhibit C**.

Dated: March 20, 2023            Respectfully submitted,

                                               By: */s/ Adam Moskowitz*
                                               Adam M. Moskowitz
                                               Florida Bar No. 984280
                                               adam@moskowitz-law.com
                                               Joseph M. Kaye
                                               Florida Bar No. 117520
                                               joseph@moskowitz-law.com
                                               **THE MOSKOWITZ LAW FIRM, PLLC**

2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

**By:** ***/s/Stuart Z. Grossman***
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com


**By:** ***/s/ Stephen Neal Zack***
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By:** ***/s/ Jose Ferrer***
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on March 20, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record, and sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com. I also certify that a copy will be served on all Defendants via process server along with the Summons and Complaint.

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
