# Exhibit A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.,* on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM
STEPHAN, ANDREI JIKH, JASPREET
SINGH, BRIAN JUNG, JEREMY
LEFEBVRE, TOM NASH, BEN
ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

      Defendants.

_____/

### DECLARATION OF LORENZA OSPINA

      I, Lorenza Ospina, hereby declare as follows:

1.      I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently to the matters set forth herein.

2.      I am a citizen and resident of the State of Florida and am over the age of 18.

3.      I am a Paralegal at the Moskowitz Law Firm. I am also primarily responsible for handling all phone calls received to the firm's main line.

4.      On March 17, 2023, at 1:04 pm, I responded to a call to our firm's phone from an "Anonymous" number. The individual on the line had a male voice and asked for Adam Moskowitz and began ranting about the First Amendment Rights. He became vulgar, so I ended the call.

5.      Immediately after I disconnected the call, I received numerous, additional, back-to-back calls from an Anonymous number. Between 1:04 pm and 1:43 pm, a total of 21 calls were received. *See* Call Log, attached as **Exhibit 1**.

6.      During this time, I also received 3 voicemails on the firm's phone system, RingCentral, which automatically transcribes the messages. A copy of the transcribed messages as received by RingCentral is attached as **Exhibit 2**.

7.      When I checked the firm's "Form Submission" page that same day, I found some threatening e-mails, which are attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed March 20, 2023

Lorenza Ospina

# Exhibit 1





# Exhibit 2



# Exhibit 3

| | |
|---|---|
| **From:** | info |
| **To:** | Rejane Passos |
| **Subject:** | FW: Form Submission - Contact Form |
| **Date:** | Friday, March 17, 2023 5:26:49 PM |

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Friday, March 17, 2023 5:02 PM
**To:** info <info@moskowitz-law.com>
**Subject:** Form Submission - Contact Form

Sent via form submission from *The Moskowitz Law Firm*

**Name:** Jack Youoff

**Email:** bigbever@gmail.com

**Phone:** (773) 111-2222

**Message:** You're FUCKED! Filing frivolous lawsuits…prepare for hell. You were humiliated today. LOL!!!

Does this submission look like spam? Report it here.

| **From:** | Squarespace |
| --- | --- |
| **To:** | info |
| **Subject:** | Form Submission - Get Your FREE Case Review |
| **Date:** | Thursday, March 16, 2023 9:55:59 PM |

Sent via form submission from *The Moskowitz Law Firm*

**Name:** Alhamdullilah Akmed

**Email:** wskcbjrnthodw@protonmail.com

**Phone:** (123) 456-7890

**Message:** You're choosing war with an anonymous community while you yourself are not. Only a couple bitcoins get you and your family shot. Please be careful. These people are dangerous and you have provoked them

Does this submission look like spam? Report it here.