# Exhibit B

**From:** ben armstrong <bitboy@bitboycrypto.com>
**Date:** March 16, 2023 at 7:23:19 PM EDT
**To:** Adam Moskowitz <Adam@moskowitz-law.com>
**Cc:** stephen@castellconsulting.com
**Subject: Re: Meeting**

Adam,

Hey mother fucker. Guess you do know who I am bitch. You are such an unbelievably dumb mother fucker that you are leading a lawsuit against me when I never even promoted FTX. Expect a counter suit bitch.

Hey Steven. You didn't tell me that your boy here is suing me. He's a toxic ambulance chasing cancer.

Thank you,

Ben Armstrong

> On Jan 11, 2023, at 10:39 AM, ben armstrong <bitboy@bitboycrypto.com> wrote:
>
> Hey Adam. I spoke with Stephen Castell and he said you may want to talk and meet about some of the cases you are working on and also can tell you what we are working on. This week is busy for me, but next week I should have plenty of time to talk and meet. Just let me know some days and times that work for you and we can get something scheduled. Thanks!
>
> --
> Thank you,



Ben Armstrong
BitBoy Crypto
mobile: 678.697.6766
site: www.BitBoyCrypto.com
email: BitBoy@BitBoyCrypto.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.