# Exhibit C

## SAMPLES OF BEN ARMSTRONG'S PUBLIC TWEETS







**Ben Armstrong** ✓
@Bitboy_Crypto

Leave a review for Adam. His law firm ambulance chases crypto cases and is a big reason why the government is able to run rough shot over our space. Man up and do your part. Let these people know we won't take it anymore.



google.com
The Moskowitz Law Firm · 3250 Mary St Suite 202, Miami,...
★★★★☆ · Law firm

9:19 PM · Mar 16, 2023 · **143.6K** Views



**Ben Armstrong** ✓ @Bitboy_Crypto · Mar 16
Countersuit coming. The lawyers on this case can't possibly be more stupid. I've never had contact with anyone at FTX and never even had a reflink.

Show me you are dumb without telling me you are dumb.

I'm going to roast these Low IQ plebs and their lawyers

> **Coffeezilla** ✓ @coffeebreak_YT · Mar 16
> 🚨BREAKING: Youtubers promoting FTX are being sued in a class action lawsuit. Claiming $1 billion in damages. 😬💀
> Show this thread
>
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF FLORIDA
> MIAMI DIVISION
>
> EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated,
>
> Plaintiffs,
>
> v.
>
> KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,
>
> Defendants.
>
> CLASS ACTION COMPLAINT
> JURY TRIAL DEMANDED
> CASE NO.:_____
>
> **CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

697    250    1,985    752.5K







