UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf
of themselves and all others similarly
situated,

    *Plaintiffs*,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC**,

    *Defendants*.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL

THIS MATTER having come before the Court on the Plaintiffs' Request for a Status Conference, to Bring Awareness of Defendant Armstrong's Harassment towards Plaintiffs' Counsel (ECF No. ___). The Court has considered the motion and the pertinent portions of the record.

ORDERED AND ADJUDGED that:

1. A status conference is scheduled in this matter for [DATE] at [TIME].

2. The Court will circulate Zoom instructions by separate Order in advance of the conference.

DONE and ORDERED in Miami, Florida, this ___ day of March, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**