UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
vs.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiffs' Request for a Status Conference, to Bring Awareness of Defendant Armstrong's Harassment Towards Plaintiffs' Counsel [ECF No. 5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is **REFERRED** to United States Magistrate Judge Melissa Damian to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Miami, Florida, this 20th day of March, 2023.

*[signature]*
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        Honorable Melissa Damian