UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:1:23-CV-21023

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs*,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants*.*

_____/

**NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMON**

Plaintiffs hereby give notice of filing request for issuance of summons to Defendant Andrei Jikh.

Dated: March 30, 2023                    Respectfully submitted,

                                                        **By: */s/ Adam Moskowitz***
                                                        Adam M. Moskowitz
                                                        Florida Bar No. 984280
                                                        adam@moskowitz-law.com
                                                        Joseph M. Kaye
                                                        Florida Bar No. 117520
                                                        joseph@moskowitz-law.com
                                                        **THE MOSKOWITZ LAW FIRM, PLLC**
                                                        2 Alhambra Plaza, Suite 601
                                                        Coral Gables, FL 33134
                                                        Telephone: (305) 740-1423

                                                        **By: */s/Stuart Z. Grossman***
                                                       Stuart Z. Grossman
                                                       Florida Bar No. 156113
                                                       Manuel A. Arteaga-Gomez
                                                        Florida Bar No. 18122
                                                        **GROSSMAN ROTH YAFFA COHEN, P.A.**
                                                        2525 Ponce de Leon Boulevard, Suite 1150
                                                        Coral Gables, FL 33134

1

Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com


By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

By: */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*