Case 1:23-cv-21023-CMA   Document 13   Entered on FLSD Docket 03/22/2023   Page 2 of 7

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC

*Defendant(s)*

Civil Action No. 1:23-cv-21023

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CREATORS AGENCY, LLC
Register Agent: Register Agent Solutions Inc.
838 Walker Road, Suite 21-2
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 22, 2023

Angela E. Noble
Clerk of Court

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-21023-CAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Creators Agency, LLC</u> was received by me on *(date)* <u>Mar 27, 2023, 12:17 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Justin Woods, Corporate Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Creators Agency, LLC</u> on *(date)* <u>Mon, Mar 27 2023 at 2:50 PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: March 28, 2023

_____
Server's signature

Sharlene Brooks, Process Server
_____
*Printed name and title*

PI Services
1234 S. Dixie Highway # 157 , Coral Gables, FL 33146
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Class Action Complaint and Demand for Jury Trial; Exhibit A; Civil Cover Sheet

1) Successful Attempt: Mar 27, 2023, 2:50 pm EDT at Registered Agent Solutions Inc. 838 Walker Rd., Suite 21-2, Dover, DE 19904 received by Justin Woods, Corp Specialist . Age: 35; Ethnicity: African American; Gender: Male; Weight: 220; Height: 5'7"; Hair: Black;