UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. While Defendant, Creators Agency, LLC, appears to have been served (*see* Return of Service [ECF No. 17]), to date, no proof of service on the remaining Defendants has been filed. To better manage the orderly progress of the case, it is

**ORDERED** that Defendant, Creators Agency, LLC, and all later served Defendants shall not file responses until all Defendants have been served. After all Defendants have been served, Defendants shall submit a single, combined response or separate answers within the time allowed for the last-served Defendant to respond. Although Defendants are not required to file responses to the Complaint until all Defendants have been served, each Defendant's counsel shall file a notice of appearance within 21 days of service of the Complaint upon that Defendant.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of April, 2023.

                                                            _____
                                                            **CECILIA M. ALTONAGA**
                                                            **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record