# Exhibit A

(NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG
AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 23-21023-CIV-ALTONAGA

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    *Defendants.*

_____/

### NOTICE OF FILING AND PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING DEFENDANT'S HARASSMENT TOWARDS COUNSEL

Plaintiffs respectfully file these materials to the Court to provide Notice and context supporting their request for a status conference regarding Defendant Mr. Ben Armstrong's harassment towards Plaintiffs' counsel:

1. Declaration of Lorenza Ospina as **Exhibit A**.

2. Emails from Mr. Ben Armstrong to Plaintiffs' Counsel as **Exhibit B.**

3. Tweets posted by Mr. Ben Armstrong on his Twitter page, as **Exhibit C.**

Dated: March 20, 2023           Respectfully submitted,

                          By: *__/s/ Adam Moskowitz_____*
                          Adam M. Moskowitz
                          Florida Bar No. 984280
                          adam@moskowitz-law.com
                          Joseph M. Kaye
                          Florida Bar No. 117520
                          joseph@moskowitz-law.com
                          **THE MOSKOWITZ LAW FIRM, PLLC**

2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

**By:** */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com


**By:** */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By:** */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com


*Co-Counsel for Plaintiffs and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on March 20, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record, and sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com. I also certify that a copy will be served on all Defendants via process server along with the Summons and Complaint.

By: */s/ Adam M. Moskowitz*

Adam M. Moskowitz

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.,* on behalf
of himself and others similarly situated,

      Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM
STEPHAN, ANDREI JIKH, JASPREET
SINGH, BRIAN JUNG, JEREMY
LEFEBVRE, TOM NASH, BEN
ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

      Defendants.

_____/

## DECLARATION OF LORENZA OSPINA

      I, Lorenza Ospina, hereby declare as follows:

    1.    I have personal knowledge of the facts stated herein, and if called upon as a witness, I would and could testify competently to the matters set forth herein.

    2.    I am a citizen and resident of the State of Florida and am over the age of 18.

    3.    I am a Paralegal at the Moskowitz Law Firm. I am also primarily responsible for handling all phone calls received to the firm's main line.

    4.    On March 17, 2023, at 1:04 pm, I responded to a call to our firm's phone from an "Anonymous" number. The individual on the line had a male voice and asked for Adam Moskowitz and began ranting about the First Amendment Rights. He became vulgar, so I ended the call.

1

5.      Immediately after I disconnected the call, I received numerous, additional, back-to-back calls from an Anonymous number. Between 1:04 pm and 1:43 pm, a total of 21 calls were received. *See* Call Log, attached as **Exhibit 1**.

6.      During this time, I also received 3 voicemails on the firm's phone system, RingCentral, which automatically transcribes the messages. A copy of the transcribed messages as received by RingCentral is attached as **Exhibit 2**.

7.      When I checked the firm's "Form Submission" page that same day, I found some threatening e-mails, which are attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed March 20, 2023

**Lorenza Ospina**

# Exhibit 1





# Exhibit 2



# Exhibit 3

| | |
|---|---|
| **From:** | info |
| **To:** | Rejane Passos |
| **Subject:** | FW: Form Submission - Contact Form |
| **Date:** | Friday, March 17, 2023 5:26:49 PM |

**From:** Squarespace <form-submission@squarespace.info>
**Sent:** Friday, March 17, 2023 5:02 PM
**To:** info <info@moskowitz-law.com>
**Subject:** Form Submission - Contact Form

Sent via form submission from *The Moskowitz Law Firm*

**Name:** Jack Youoff

**Email:** bigbever@gmail.com

**Phone:** (773) 111-2222

**Message:** You're FUCKED! Filing frivolous lawsuits…prepare for hell. You were humiliated today. LOL!!!

Does this submission look like spam? Report it here.

| | |
|---|---|
| **From:** | Squarespace |
| **To:** | info |
| **Subject:** | Form Submission - Get Your FREE Case Review |
| **Date:** | Thursday, March 16, 2023 9:55:59 PM |

Sent via form submission from *The Moskowitz Law Firm*

**Name:** Alhamdullilah Akmed

**Email:** wskcbjrnthodw@protonmail.com

**Phone:** (123) 456-7890

**Message:** You're choosing war with an anonymous community while you yourself are not. Only a couple bitcoins get you and your family shot. Please be careful. These people are dangerous and you have provoked them

Does this submission look like spam? Report it here.

# Exhibit B

**From:** ben armstrong <bitboy@bitboycrypto.com>
**Date:** March 16, 2023 at 7:23:19 PM EDT
**To:** Adam Moskowitz <Adam@moskowitz-law.com>
**Cc:** stephen@castellconsulting.com
**Subject: Re: Meeting**

Adam,

Hey mother fucker. Guess you do know who I am bitch. You are such an unbelievably dumb mother fucker that you are leading a lawsuit against me when I never even promoted FTX. Expect a counter suit bitch.

Hey Steven. You didn't tell me that your boy here is suing me. He's a toxic ambulance chasing cancer.

Thank you,

Ben Armstrong

> On Jan 11, 2023, at 10:39 AM, ben armstrong <bitboy@bitboycrypto.com> wrote:
>
> Hey Adam. I spoke with Stephen Castell and he said you may want to talk and meet about some of the cases you are working on and also can tell you what we are working on. This week is busy for me, but next week I should have plenty of time to talk and meet. Just let me know some days and times that work for you and we can get something scheduled! Thanks!
>
> --
> Thank you,

 **Ben Armstrong**
BitBoy Crypto
mobile: 678.697.6766
site: www.BitBoyCrypto.com
email: BitBoy@BitBoyCrypto.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# Exhibit C

## SAMPLES OF BEN ARMSTRONG'S PUBLIC TWEETS



 **Ben Armstrong** ✔ @Bitboy_Crypto · Mar 16 · · ·
Like wtf lawyers chiming in saying I better be careful... LMAO you have to be kidding.

There is only one person who better be careful and it's Adam Moskowitz. I've already told him privately. YOU DO NOT GET TO MAKE LIES UP. You will be held accountable.#

💬 147     🔁 50     ♡ 530     ᶛᶛ 103.9K     ⬆



**Ben Armstrong** ✓
@Bitboy_Crypto                                              •••

Leave a review for Adam. His law firm ambulance chases crypto cases and is a big reason why the government is able to run rough shot over our space. Man up and do your part. Let these people know we won't take it anymore.



google.com
The Moskowitz Law Firm · 3250 Mary St Suite 202, Miami,...
★★★★☆ · Law firm

9:19 PM · Mar 16, 2023 · **143.6K** Views

---

**Ben Armstrong** ✓ @Bitboy_Crypto · Mar 16                    •••
Countersuit coming. The lawyers on this case can't possibly be more stupid. I've never had contact with anyone at FTX and never even had a reflink.

Show me you are dumb without telling me you are dumb.

I'm going to roast these Low IQ plebs and their lawyers



🔵 **Coffeezilla** ✓ @coffeebreak_YT · Mar 16
🚨BREAKING: Youtubers promoting FTX are being sued in a class action lawsuit. Claiming $1 billion in damages. 😬 💀
Show this thread

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

*Defendants*.

CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED

CASE NO.:_____

CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

💬 697      ⇄ 250      ♡ 1,985      ılı 752.5K      ⬆







