# Exhibit B

**(NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE)**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,**

      Defendants.

_____/

### PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL

      Plaintiffs respectfully request a Status Conference (via Zoom and/or at the Court's convenience), to discuss and address, Defendant Ben Armstrong's recent threats and harassment toward Counsel, and in support thereof, state:

      1.     Late last week, on March 15, 2023, Plaintiffs filed this FTX class action lawsuit on behalf of themselves, and all other FTX consumers, against Defendants, who are "Influencers" who promoted and/or actively participated in the FTX Entities' offer and sale of unregistered securities. Undersigned Counsel has other pending FTX lawsuits before this Court.

      2.     One of the Defendants named in the Complaint is Mr. Ben Armstrong, who is a "YouTuber" with more than 1.5 million subscribers. Plaintiffs allege in the Complaint that Mr. Armstrong was paid to endorse FTX.

      3.     Shortly after filing this FTX complaint, Defendant Armstrong began harassing Plaintiffs' counsel here in this jurisdiction, with endless phone calls, Tweets and emails to him

privately, and publicly by posting insulting and threatening posts on Twitter, Youtube, and other social media. Armstrong's behavior has been quickly escalating.

4.      Defendant Armstrong has made numerous calls and emails to counsel's office, at times making up to 21 calls within a 45-minute period. *See* Exhibit A to Plaintiffs' Notice of Filing, at Ex. 1.

5.      Defendant Armstrong also left voicemails that specifically target Undersigned Counsel. The voicemails are not only full of vulgarities, but they also include warnings to Mr. Moskowitz: "***we're going to have First Amendment protesters around your house 24/7 day and night***." *See id*., at Ex. 2. In another voicemail, the caller says that the "home addresses" of the "lawyers" are "being circulated on Reddit." *See id*.

6.      Defendant Armstrong has also harassed Counsel via emails, such as the one below sent on March 16, 2023:

> **From:** ben armstrong <bitboy@bitboycrypto.com>
> **Date:** March 16, 2023 at 7:23:19 PM EDT
> **To:** Adam Moskowitz <Adam@moskowitz-law.com>
> **Cc:** stephen@castellconsulting.com
> **Subject: Re: Meeting**
>
> Adam,
>
> Hey mother fucker. Guess you do know who I am bitch. You are such an unbelievably dumb mother fucker that you are leading a lawsuit against me when I never even promoted FTX. Expect a counter suit bitch.
>
> Hey Steven. You didn't tell me that your boy here is suing me. He's a toxic ambulance chasing cancer.
>
> Thank you,
>
> Ben Armstrong

7.      Defendant Armstrong posted numerous aggressive and threatening Tweets, specifically targeting counsel.  On March 16, 2023, at 9:17 pm, he warned: "***There is only one***

*person who better be careful and it's Adam Moskowitz. I've already told him privately.*"
Attached as Exhibit C to Plaintiffs' Notice of Filing are some of Armstrong's Tweets.

8.    Defendant Armstrong has posted a Youtube video directed at Plaintiffs and Plaintiffs' counsel, where he warns them that he is "coming at them" "with full force."[1] He is encouraging others to join the attacks, such as in a recent post he made where he requested that his followers attack Plaintiffs' counsel. *See* Exhibit C to Plaintiffs' Notice of Filing.

9.    Most concerning is the message Mr. Moskowitz received regarding harm to him and his family, that warns him that *"[t]hese people are dangerous*" and can result in "*you and your family shot*." *See* Exhibit A to Plaintiffs' Notice of Filing, at Ex. 3. This message prompted Plaintiffs' counsel to report Mr. Armstrong's recent attacks to the proper authorities.

10.    Plaintiffs are disturbed by the harassment directed at their counsel but moreover, given the gravity of Defendant Armstrong's aggressions, are concerned for their safety.

11.    This is not the first time Mr. Armstrong has caused threatening controversy. It was reported that Mr. Armstrong filed (and later dismissed) a lawsuit against an individual who discussed Mr. Armstrong's promotion of Pamp Network.[2]

12.    Plaintiffs respectfully request the Court to take whatever measures and steps that are necessary and appropriate, an issue any relief the Court finds appropriate to address this conduct.

---

[1] The video can be accessed through this link:
https://www.dropbox.com/scl/fo/phqpzh3w83da5m0ipklcs/h?dl=0&rlkey=35ivqx68w9j6a5rnfeqhr7t67

[2] *See* https://www.coindesk.com/layer2/2022/08/24/bitboy-lost-his-lawsuit-the-instant-he-filed-it/.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The Defendants in this case, including Mr. Armstrong, have not been served yet as the action was filed just last week. The undersigned certify that they are in the process of serving Defendants and a copy of the forgoing was sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com.

Dated: March 20, 2023          Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800

Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By: /s/ Jose Ferrer**
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on March 20, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record, and sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com. I also certify that a copy will be served on all Defendants via process server along with the Summons and Complaint.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf
of themselves and all others similarly
situated,

      *Plaintiffs*,

v.

**KEVIN PAFFRATH, GRAHAM
STEPHAN, ANDREI JIKH, JASPREET
SINGH, BRIAN JUNG, JEREMY
LEFEBVRE, TOM NASH, BEN
ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,**

      *Defendants.*

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL

THIS MATTER having come before the Court on the Plaintiffs' Request for a Status Conference, to Bring Awareness of Defendant Armstrong's Harassment towards Plaintiffs' Counsel (ECF No. ___). The Court has considered the motion and the pertinent portions of the record.

ORDERED AND ADJUDGED that:

1. A status conference is scheduled in this matter for [DATE] at [TIME].

2. The Court will circulate Zoom instructions by separate Order in advance of the conference.

DONE and ORDERED in Miami, Florida, this __ day of March, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**