# Exhibit C

(**NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE**)

| | |
|---|---|
| **From:** | ben armstrong |
| **To:** | Rejane Passos |
| **Cc:** | Adam Moskowitz; Joseph Kaye; Barbara C. Lewis; Howard Bushman; szg@grossmanroth.com; aag@grossmanroth.com; sdp@grossmanroth.com; dBoies@bsfllp.com; ABoies@bsfllp.com; lcarlsen@bsfllp.com; SZack@bsfllp.com; gromero@bsfllp.com; ashaw@bsfllp.com; tulrich@bsfllp.com; mayala@bsfllp.com; balexander@bsfllp.com; José Ferrer; Michelle Genet Bernstein |
| **Subject:** | Re: SERVICE OF COURT DOCUMENT - Activity in Case 1:23-cv-21023-CMA Garrison et al v. Paffrath et al |
| **Date:** | Monday, March 20, 2023 5:38:23 PM |
| **Attachments:** | D.E. 4 Notice of Filing Material re Armstrong"s Harassment Towards Plaintiffs" Counsel.pdf<br>D.E. 5 Ps" Request for a Status Conference to Bring Awareness of Armstrong"s Harassment Towards Plaintiffs" Counsel.pdf |

Hey all

Just wanted to let you all know that I received this notice and I couldn't be happier!

You are all so kind to let me know that you are all dumb mother fucking cunts! I've been waiting on this so I can file my countersuit. You are ALL FUCKED.

I'm going to not only sue you and win easily, but I'm coming for all your fucking licenses. You don't understand who you have fucked with. But you will.

Thank you,

Ben Armstrong

On Mar 20, 2023, at 12:58 PM, Rejane Passos <rejane@moskowitz-law.com> wrote:

| COURT: | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CASE NO.: | 1:23-cv-21023-CMA |
| PLAINTIFF(s): | EDWIN GARRISON et al, on behalf of himself and others similarly situated, |
| DEFENDANT(s): | KEVIN PAFFRATH et al |
| DOCUMENT(s): | 1. PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL<br>2. NOTICE OF FILING AND PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING DEFENDANT'S HARASSMENT TOWARDS COUNSEL |

Rejane Passos
Paralegal
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
**For Hand Deliveries Use:**
251 Valencia Ave. #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9572
http://www.moskowitz-law.com

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.