# Exhibit D

(NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE)

| | |
|---|---|
| **From:** | ben armstrong |
| **To:** | Joseph Kaye |
| **Cc:** | Adam Moskowitz; Rejane Passos; dBoies@bsfllp.com; ABoies@bsfllp.com; Linda Carlsen; Lorenza B. Ospina; Jose Ferrer; Michelle Genet Bernstein; Stuart Grossman; Alex Arteaga-Gomez |
| **Subject:** | Re: Daily reminder |
| **Date:** | Sunday, March 26, 2023 9:13:31 PM |
| **Attachments:** | Garrison v. Paffrath - Waiver Return - Ben Armstrong.pdf |
| | Garrison v. Paffrath - Waiver Request - Ben Armstrong.pdf |
| | 20Q5972-D.E. 1 Complaint (YouTube Influencers).PDF |

Oh don't worry. It will be returned this week. I can't wait.

Thank you,

Ben Armstrong

> On Mar 26, 2023, at 9:05 PM, Joseph Kaye <joseph@moskowitz-law.com> wrote:
>
> No need to wait, have the forms ready (attached, with copy of complaint). All we need back is the signed and dated waiver return form, thanks.
>
> Best,
>
> Joseph M. Kaye, P.A.
> Partner
> **The Moskowitz Law Firm, PLLC**
> P.O. Box 141609
> Coral Gables, FL 33114
> *For Hand Deliveries Use:*
> 251 Valencia Ave #141609
> Coral Gables, FL 33114
> Office: (305) 740-1423
> Direct: (786) 309-9585
>
> Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising

in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**From:** Adam Moskowitz
**Sent:** Sunday, March 26, 2023 8:56 PM
**To:** ben armstrong
**Cc:** Rejane Passos; Joseph Kaye; David Boies2; Linda Carlsen; Lorenza B. Ospina
**Subject:** RE: Daily reminder

Thank you very much Mr. Armstrong.  My assistant will email you the simple Service Form, so all you need to do is just sign it and send it back and we welcome you to our litigation.  You can certainly state any and all of your comments and arguments.  We all look forward to conducting our first hearing with you in this matter, as soon as possible.  Thanks, Adam



Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

-----Original Message-----
From: ben armstrong <bitboy@bitboycrypto.com>
Sent: Sunday, March 26, 2023 8:49 PM
To: Adam Moskowitz <Adam@moskowitz-law.com>
Cc: Rejane Passos <rejane@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; David Boies2 <xboies@gmail.com>; Linda Carlsen <lcarlsen@bsfllp.com>
Subject: Re: Daily reminder

LMAO dummy. Yea I got it. I responded directly to your email so I'm sure your Low IQ and inability to perform due diligence is coming into play here. You guys are SO far off base including me in this lawsuit it isn't even funny. And I can assure you, I'm going to make you pay BIG time for this.

You obviously have your facts wrong. I've never called you. I would think if you haven't figured it out by now, I own EVERYTHING I do and NOTHING I don't.

Thank you,

Ben Armstrong

> On Mar 26, 2023, at 8:36 PM, Adam Moskowitz <Adam@moskowitz-law.com> wrote:
>
> Mr. Armstrong:  We are in receipt of your emails and calls and are glad that you decided to appear and defend your actions in this matter.  It appears that you may have been initially evading the service of our Complaint, so to make it very easy for you, our office will email you on Monday directly a simple Form that you can just sign and send back, so we can schedule the hearing that the Court has already granted.  We welcome your joining this matter and having every opportunity to explain any and all of your actions.  We will post a copy of this email on your Social Network, just to make sure that it is received.  Respectfully yours, Adam
>
>
>
> Adam M. Moskowitz
> The Moskowitz Law Firm
> 2 Alhambra Plaza
> Suite 601
> Coral Gables, Fl 33134
> 305.740.1423 main
> 786.309.9561 direct
> adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
> www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>
>
> -----Original Message-----
> From: ben armstrong <bitboy@bitboycrypto.com>
> Sent: Tuesday, March 21, 2023 5:24 PM
> To: Adam Moskowitz <Adam@moskowitz-law.com>
> Subject: Daily reminder
>
> Daily reminder you are a pussy
>
> Thank you,
>

> Ben Armstrong