# Exhibit E

(**NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE**)

**From:** Lion Empire Global Partners <lion@empireglobal.partners>
**Date:** March 29, 2023 at 3:45:05 PM EDT
**To:** Adam Moskowitz <Adam@moskowitz-law.com>
**Subject: In Re Ben Armstrong**

Hi Counselor Moskowitz,

This is Lionel Iruke, General Counsel with Bitboy Crypto, making a limited appearance on behalf of Ben, in an effort to get an understanding of what is going on. I would like to speak with you and your Co counsels, when you have time this week or next week.

I primarily want to get an understanding, as to why Ben was attached to suit [(as we do not work with FTX, in any capacity (indirectly or directly)], as that will aid us in finding the responsible party.

I appreciate your time, and look forward to hearing from you.

Thank you,

Lionel Iruk, Esq. Managing Partner & General Counsel

EMPIRE GLOBAL PARTNERS, LLC, Managing Partner

IRUKE LEGAL INC, Managing Counsel

lion@empireglobal.partners

A Global Professional Services Firm

Worldwide Professionals, Local Experience.

http://www.empireglobal.partners

MAIN OFFICE ADDRESS:

5100 Westheimer Ste. 200,

Houston, Texas 77056

Direct USA Ph: 1-(281)-769-5377

lion@empireglobal.partners

Contributing Writer, CalvinAyre.com

-This message is being sent confidentially. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.

Empire Global Partners LLC and The Iruke Law Firm makes no representation or warranty as to the absence of viruses in this e-mail or any attachment. Further information on Empire Global Partners may be found on our website. We may monitor e-mail communications in accordance with the law. Opinions or advice to clients in this e-mail are subject to both our engagement letter and the terms of business for legal services with the relevant client entity. Empire Global Partners LLC is a professional service firm.  The Iruke Law Firm and Iruke Legal Inc., is International Business and Advisory Law Firm, which is a member of the State Bar of Texas and California.