# Exhibit F

(**NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT BEN ARMSTRONG AND MATERIALS IN SUPPORT OF REQUEST FOR STATUS CONFERENCE**)

| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | Adam Moskowitz; ben armstrong |
| **Cc:** | dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Lion Empire Global Partners |
| **Subject:** | RE: Daily reminder |
| **Date:** | Monday, April 3, 2023 5:53:39 PM |
| **Attachments:** | BINANCE complaint - filed.pdf |
| | 2023.04.03 - BEN ARMSTRONG - Sizemore v. Zhao - Waiver Request.pdf |
| | 2023.04.03 - BEN ARMSTRONG - Sizemore v. Zhao - Waiver Return.pdf |

Mr. Armstrong,

Copying your counsel to make sure you both receive at the same time. As we know you are aware given your Twitter activity, *Sizemore v. Zhao* was filed against you on Friday. Attached is a copy of the complaint along with the Notice of Commencement of Action and Request for Waiver of Service Forms. Please execute the and return the Waiver so we can move the case along. Thanks.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given

in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**From:** Adam Moskowitz
**Sent:** Thursday, March 30, 2023 8:36 PM
**To:** ben armstrong; Joseph Kaye
**Cc:** David Boies2; Lion Empire Global Partners
**Subject:** RE: Daily reminder

Mr. Armstrong:  Two weeks ago, we sent you the Service of Process form as you requested and you informed us that you would "immediately" return the Form, so that you could join our proceedings and defend your actions in this matter.  For some reason, we still have not received your Form and it appears that you have taken various measures, to evade service of our Complaint.  On Wednesday, we received an email from Mr. Leonnel Chukwuka Iruk "Lionel Iruk", who said that he represented you, but only on a limited basis (we are copying him here with his email address).  Please simply follow through and return the Service Form to us tomorrow (Friday), or please stop evading our process server, so that the Court set a hearing and you can come and defend your actions in a court of law. Thanks, Adam


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

**From:** Adam Moskowitz <Adam@moskowitz-law.com>
**Sent:** Monday, March 27, 2023 11:19 PM
**To:** ben armstrong <bitboy@bitboycrypto.com>; Joseph Kaye <joseph@moskowitz-law.com>
**Cc:** David Boies2 <xboies@gmail.com>
**Subject:** RE: Daily reminder

Mr. Armstrong:  Please let us know if you are having any questions and/or problems as to how to fill out the attached Form (it is pretty simple), so we can get you involved in our case.  For some reason, we still have not received your Form as you stated.  Thanks, Adam


Adam M. Moskowitz

The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

---

**From:** ben armstrong <bitboy@bitboycrypto.com>
**Sent:** Sunday, March 26, 2023 9:13 PM
**To:** Joseph Kaye <joseph@moskowitz-law.com>
**Cc:** Adam Moskowitz <Adam@moskowitz-law.com>; Rejane Passos <rejane@moskowitz-law.com>; dBoies@bsfllp.com; ABoies@bsfllp.com; Linda Carlsen <lcarlsen@bsfllp.com>; Lorenza B. Ospina <lorie@moskowitz-law.com>; Jose Ferrer <jose@markmigdal.com>; Michelle Genet Bernstein <Michelle@markmigdal.com>; Stuart Grossman <SZG@grossmanroth.com>; Alex Arteaga-Gomez <aag@grossmanroth.com>
**Subject:** Re: Daily reminder

Oh don't worry. It will be returned this week. I can't wait.

Thank you,

Ben Armstrong

> On Mar 26, 2023, at 9:05 PM, Joseph Kaye <joseph@moskowitz-law.com> wrote:
>
> No need to wait, have the forms ready (attached, with copy of complaint). All we need back is the signed and dated waiver return form, thanks.
>
> Best,
>
> Joseph M. Kaye, P.A.
> Partner
> **The Moskowitz Law Firm, PLLC**
> P.O. Box 141609
> Coral Gables, FL 33114
> *For Hand Deliveries Use:*
> 251 Valencia Ave #141609
> Coral Gables, FL 33114
> Office: (305) 740-1423
> Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**From:** Adam Moskowitz
**Sent:** Sunday, March 26, 2023 8:56 PM
**To:** ben armstrong
**Cc:** Rejane Passos; Joseph Kaye; David Boies2; Linda Carlsen; Lorenza B. Ospina
**Subject:** RE: Daily reminder

Thank you very much Mr. Armstrong.  My assistant will email you the simple Service Form, so all you need to do is just sign it and send it back and we welcome you to our litigation.  You can certainly state any and all of your comments and arguments.  We all look forward to conducting our first hearing with you in this matter, as soon as possible.  Thanks, Adam



Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct

adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

-----Original Message-----
From: ben armstrong <bitboy@bitboycrypto.com>
Sent: Sunday, March 26, 2023 8:49 PM
To: Adam Moskowitz <Adam@moskowitz-law.com>
Cc: Rejane Passos <rejane@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; David Boies2 <xboies@gmail.com>; Linda Carlsen <lcarlsen@bsfllp.com>
Subject: Re: Daily reminder

LMAO dummy. Yea I got it. I responded directly to your email so I'm sure your Low IQ and inability to perform due diligence is coming into play here. You guys are SO far off base including me in this lawsuit it isn't even funny. And I can assure you, I'm going to make you pay BIG time for this.

You obviously have your facts wrong. I've never called you. I would think if you haven't figured it out by now, I own EVERYTHING I do and NOTHING I don't.

Thank you,

Ben Armstrong

> On Mar 26, 2023, at 8:36 PM, Adam Moskowitz <Adam@moskowitz-law.com> wrote:
>
> Mr. Armstrong:  We are in receipt of your emails and calls and are glad that you decided to appear and defend your actions in this matter.  It appears that you may have been initially evading the service of our Complaint, so to make it very easy for you, our office will email you on Monday directly a simple Form that you can just sign and send back, so we can schedule the hearing that the Court has already granted.  We welcome your joining this matter and having every opportunity to explain any and all of your actions.  We will post a copy of this email on your Social Network, just to make sure that it is received.  Respectfully yours, Adam
>
>
>
> Adam M. Moskowitz
> The Moskowitz Law Firm
> 2 Alhambra Plaza
> Suite 601
> Coral Gables, Fl 33134
> 305.740.1423 main
> 786.309.9561 direct
> adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
> www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

>
> -----Original Message-----
> From: ben armstrong <bitboy@bitboycrypto.com>
> Sent: Tuesday, March 21, 2023 5:24 PM
> To: Adam Moskowitz <Adam@moskowitz-law.com>
> Subject: Daily reminder
>
> Daily reminder you are a pussy
>
> Thank you,
>
> Ben Armstrong