# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **KEVIN PAFFRATH, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 22nd day of March, 2023 at 1:32 pm to be served on **BEN ARMSTRONG, 3102 COBB PARKWAY NW, ACWORTH, GA 30144**, I, _Kelvin Stinyard_, do hereby affirm that on the _5th_ day of _April_, 20_23_ at _11:24_ a.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT (21 DAYS), PLAINTIFF'S REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL, {PROPOSED} ORDER GRANTING PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE, TO BRING AWARENESS OF DEFENDANT ARMSTRONG'S HARASSMENT TOWARDS PLAINTIFFS' COUNSEL** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _White, Male, 55 years old, 220 lbs, 6'0", Gray hair_

## RETURN OF SERVICE For 1:23-CV-21023-CMA

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # 175
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000455