# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant: **KEVIN PAFFRATH, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 23rd day of March, 2023 at 5:08 pm to be served on **JEREMY LEFEBVRE, 139 RIVER STREET, BELCHERTOWN, MA 01007**. I, _KEVIN KOHLER_, do hereby affirm that on the _4_ day of _APRIL_, 20_23_ at _7:20_ _p_.m., executed service by delivering a true copy of the **SUMMONS & COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _MONICA LEFEBVRE_ as _MOTHER_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

**P.I. SERVICES**
**1430 S. Dixie Highway**
**Suite 105, #157**
**Coral Gables, FL 33146**
**(305) 666-0142**

Our Job Serial Number: 2023000519

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n