UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21023-ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Request for a Status Conference, to Bring Awareness of Defendant Armstrong's Harassment Towards Plaintiffs' Counsel, filed March 20, 2023 [ECF No. 5] (the "Request"), the Order granting the Request [ECF No. 6], and Plaintiffs' Notice of Proof of Service on Defendant Armstrong and Materials for Show Cause Hearing, filed April 5, 2023 [ECF No. 20] (the "Notice"). This matter was referred to the undersigned by the Honorable Cecilia M. Altonaga, Chief United States District Judge, to take all necessary and proper action as required by law. [ECF No. 6]. *See* 28 U.S.C. § 636(b)(1).

THE COURT has considered Plaintiffs' Request and Notice and the pertinent portions of the record and is otherwise fully advised in the premises.

On March 21, 2023, this Court directed Plaintiffs' counsel to notify the Court when Defendant Ben Armstrong has been served with process and with the Request. [ECF No. 12]. The record and Plaintiffs' Notice reflect that Defendant Armstrong was served with process and with the Request on April 5, 2023. [ECF No. 21].

Accordingly, it is hereby

ORDERED AND ADJUDGED that counsel for Plaintiffs and Defendant Ben Armstrong[1] and Mr. Armstrong himself shall appear on **April 20, 2023, at 10:00 a.m.,** before the undersigned at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128, for a Status Conference to address the matters alleged in Plaintiffs' Request and Notice. Counsel for all other Defendants are not required to but may attend. Prior to your courthouse visit, please review the Court's Administrative Orders regarding entry into the courthouse by non-attorneys, including the applicable rules regarding cellular telephones and electronic devices (https://www.flsd.uscourts.gov/prohibited-electronic-devices). It is further

ORDERED that by **April 14, 2023**, Plaintiffs' counsel shall email a copy of this Order to Defendant Ben Armstrong at bitboy@bitboycrypto.com and mail a copy of this Order to Defendant Ben Armstrong through certified mail (or another service providing for tracking and requiring a signature upon receipt) and shall file a notice of compliance with this Order. It is further

ORDERED that any written Response to the Notice and Request must be filed and served no later than **April 18, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2023.

MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Cecilia M. Altonaga, *Chief U.S. District Judge*
Counsel of Record

---

[1] The Court notes that no counsel has entered an appearance on behalf of Mr. Armstrong. In the event no counsel has entered an appearance on behalf of Mr. Armstrong by the time of the hearing, Mr. Armstrong shall nonetheless appear *pro se*.