# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 1:23-CV-21023-CMA

Plaintiff: EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

vs.

Defendant: KEVIN PAFFRATH, ET AL.

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 5th day of April, 2023 at 4:24 pm to be served on CREATORS AGENCY, LLC REGISTERED AGENTS INC., 30 N. GOULD STREET, SUITE R, SHERIDAN, WY 82801. I, Dustin Looper, do hereby affirm that on the 6 day of April, 2023 at 1:50 p.m., executed service by delivering a true copy of the SUMMONS & COMPLAINT (21 DAYS) in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving Savannah Bell as clerk for registered agent.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

_____ 4-12-2023

PROCESS SERVER # WY-N/A
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000566

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n