**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-CV-21023-CMA**

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs*,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants.

_____/

## NOTICE OF COMPLIANCE WITH APRIL 12, 2023 ORDER [ECF NO. 24]

In accordance with the Order of the Court [ECF No. 24], Plaintiffs hereby notice of their compliance with service of the Court's April 12, 2023 Order on Defendant Ben Armstrong through the following means:

1. Via email to bitboy@bitboycrypto.com, on **April 12, 2023**, *see* **Exhibit A**;

2. Via certified mail, return receipt requested, to the following addresses on **April 13, 2023**: 4944 Oglethorpe Loop NW, Acworth, GA 30101 (Armstrong's residence) and 3102 Cobb Parkway NW, Acworth, GA 30144 (Armstrong's office), *see* **Exhibit B**;

3. Via Twitter through a tweet from the Official Moskowitz Law Firm Twitter account (@moskowitzesq) that tagged Armstrong's official Twitter account (@Bitboy_Crypto) and

1

provided a link to a static webpage containing the Court's Order, https://twitter.com/Bitboy_Crypto/status/1646716848178593798?s=20, on **April 13, 2023**:[1]



Dated: April 14, 2023

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

---

[1] The link to the Court's order is accessible at the Tweet and is reproduced here.

By: */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on April 14, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record, and sent to Mr. Armstrong at his e-mail address of bitboy@bitboycrypto.com..

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz