# Exhibit A

# Rejane Passos

| | |
|---|---|
| **From:** | Joseph Kaye |
| **Sent:** | Wednesday, April 12, 2023 10:04 PM |
| **To:** | ben armstrong |
| **Cc:** | Adam Moskowitz; Rejane Passos; Barbara C. Lewis; Howard Bushman; szg@grossmanroth.com; aag@grossmanroth.com; sdp@grossmanroth.com; dboies@bsfllp.com; aboies@bsfllp.com; lcarlsen@bsfllp.com; szack@bsfllp.com; gromero@bsfllp.com; ashaw@bsfllp.com; tulrich@bsfllp.com; mayala@bsfllp.com; balexander@bsfllp.com; José Ferrer; Michelle Genet Bernstein; Lion Empire Global Partners |
| **Subject:** | Re: SERVICE OF COURT DOCUMENTS - Activity in (1) Case No. 1:23-cv-21023-CMA Garrison et al v. Paffrath et al; & (2) Case No. 1:23-cv-21261-RKA Sizemore et al v. Zhao et al |
| **Attachments:** | 051125871216.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Ben,

Attached please find the Court's order entered today, requiring your personal appearance in Miami next Thursday. Thanks



Best,

Joseph M. Kaye, P.A.
Partner

*The Moskowitz Law Firm, PLLC*
P.O. Box 141609
Coral Gables, Fl 33114
**For Hand Deliveries Use:**
251 Valencia Ave. #141609
Coral Gables, Fl 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are

required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

On Apr 5, 2023, at 2:03 PM, ben armstrong <bitboy@bitboycrypto.com> wrote:

hope you got the video with it. you can watch it in between your fluffing sessions

On Wed, Apr 5, 2023 at 5:00 PM Joseph Kaye <joseph@moskowitz-law.com> wrote:

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF FLORIDA |
| CASE NO.: | 1:23-cv-21023-CMA |
| PLAINTIFF(s): | EDWIN GARRISON et al, on behalf of himself and others similarly situated, |
| DEFENDANT(s): | KEVIN PAFFRATH et al |
| DOCUMENT(s): | **ECF NO. 20 – NOTICE OF PROOF OF SERVICE AND MATERIALS FOR SHO** |

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT<br><br>SOUTHERN DISTRICT OF FLORIDA |
| CASE NO.: | 1:23-cv-21261-RKA |
| PLAINTIFF(s): | MICHAEL SIZEMORE et al, on behalf of himself and others similarly situated, |
| DEFENDANT(s): | CHANGPENG ZHAO et al |
| DOCUMENT(s): | **ECF NO. 9 – NOTICE OF FILING** |

Best,

Joseph M. Kaye, P.A.

Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114

*For Hand Deliveries Use:*

251 Valencia Ave #141609

Coral Gables, FL 33114

Office: (305) 740-1423

Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

--
Thank you,



Ben Armstrong
BitBoy Crypto
mobile: 678.697.6766
site: www.BitBoyCrypto.com
email: BitBoy@BitBoyCrypto.com

