AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| EDWIN GARRISON, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-21023-ALTONAGA/DAMIAN |
| BEN ARMSTRONG, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BEN ARMSTRONG.

Date: 04/20/2023

Jason L. Rindenau /s/
*Attorney's signature*

Jason L. Rindenau, FBN: 1025645
*Printed name and bar number*

4910 Tanya Lee Circle, 10212
Davie, FL 33328
*Address*

jason.rindenau@gmail.com
*E-mail address*

(908) 415-6504
*Telephone number*