# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21023-ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.

_____/

## DEFENDANT BEN ARMSTRONG'S FIRST REQUEST FOR PRODUCTION TO COUNSEL FOR PLAINTIFFS, ADAM MOSKOWITZ

    Defendant, BEN ARMSTRONG, by and through his undersigned attorney and pursuant to Fed. R. Civ. P. 34, hereby serves this Request for Production to non-party Adam Moskowitz to produce the following within thirty (30) days of receipt:

    1.    All records of relevant communications including but not limited to audio files of phone calls and screenshots of social media posts which are the subject of Adam Moskowitz's concerns.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 20th day of April, 2023, the foregoing has been served electronically to all counsel of record.

Respectfully submitted,

/s/ Jason L. Rindenau

Jason L. Rindenau, Esq.
Fla. Bar No. 1025645
Email: jason.rindenau@gmail.com

1

*Counsel for Defendant, Ben Armstrong*