UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

## ORDER STRIKING DISCOVERY NOTICE

**THIS CAUSE** came before the Court *sua sponte*. On April 20, 2023, Defendant, Ben Armstrong filed his First Request for Production to Counsel for Plaintiffs, Adam Moskowitz [ECF No. 31]. Under Local Rule 26.1(b), discovery responses and notices "shall not be filed until they are used in the proceeding or the court orders filing." S.D. Fla. L.R. 26.1(b). The Request has not been used in this proceeding, nor has the Court ordered its filing. Accordingly,

Defendant's First Request for Production **[ECF No. 31]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record