# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

## CASE NO.: 1:23-CV-21023-CMA

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM
STEPHAN, ANDREI JIKH, JASPREET
SINGH, BRIAN JUNG, JEREMY
LEFEBVRE, TOM NASH, BEN
ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,**

      Defendants.

_____/

## NOTICE OF FILING MATERIALS FOR SHOW CAUSE HEARING

Plaintiffs hereby give notice of filing the below materials from Defendant Ben Armstrong's Twitter account that were utilized and/or referred to during the April 20, 2023 hearing before Magistrate Judge Damian, including materials posted to Defendant Armstrong's account after Plaintiffs' April 5, 2023 Notice of Filing, [ECF No. 21], through present date, including additional materials subsequently posted to Defendant Armstrong's account after the April 20, 2023 hearing:

**April 6, 2023:**

https://twitter.com/Bitboy_Crypto/status/1644062661515137043





https://twitter.com/Bitboy_Crypto/status/1644097843752235009



**April 13, 2023:**

**https://twitter.com/Bitboy_Crypto/status/1646716848178593798**



**April 16, 2023:**

https://twitter.com/Bitboy_Crypto/status/1647739647684911105



**April 18, 2023:**

**https://twitter.com/Bitboy_Crypto/status/1648387802378149924**



**April 19, 2023:**

**https://twitter.com/Bitboy_Crypto/status/1648876598244909061**[1]



---

[1]   The article referenced in this post can be found here: https://www.theblock.co/post/227214/crypto-influencer-ftx-lawsuit-bahamas (accessed April 20, 2023).

https://twitter.com/Bitboy_Crypto/status/1648879611604787200



https://twitter.com/Bitboy_Crypto/status/1648882263348637696



https://twitter.com/Bitboy_Crypto/status/1648882851167760385



**April 20, 2023:**

https://twitter.com/Bitboy_Crypto/status/1649023368841113601



 **Ben Armstrong** ✔ @Bitboy_Crypto · 29m   ···

Adam "The Cuck" Moskowitz is suing 9 influencers and an influencer agency for getting paid promoting by FTX. Even tho it will be proven NONE of them had any idea about criminal organization SBF was running.

BUT…

2/8

💬 1          ⇄          ♡ 15          ᔕ 1,390          ↥

 **Ben Armstrong** ✔ @Bitboy_Crypto · 29m   ···

8 of the influencers were in fact paid by FTX. Not that this makes them guilty because of what I mentioned above.

HOWEVER, 1 of the influencers, me… NEVER promoted FTX or even had an affiliate link. The weak argument he makes is that I spoke favorably about FTX/Sam

3/8

💬 2          ⇄          ♡ 12          ᔕ 1,258          ↥



**Ben Armstrong** ✓ @Bitboy_Crypto · 29m                ...

Even tho the majority of content I have made is anti-SBF & eventually anti-FTX even warning people to get away from the app months before it fell. I have NEVER spoken to an active FTX employee

But here is where it gets EXTREMELY dangerous for all of crypto social media ⬇️

4/8

💬 1          🔁          ♡ 13          ılı 1,065          ⬆️

**Ben Armstrong** ✓ @Bitboy_Crypto · 29m                ...

He says because I invested in FTT and said I believed it was a good coin in 2021 due to the success of FTX in 2020/2021 (fastest growing in exchange empire in crypto history at the time)... that I'm liable for "promotion".

Do you understand what this means?

5/8

💬 1          🔁          ♡ 13          ılı 1,134          ⬆️

**Ben Armstrong** ✓ @Bitboy_Crypto · 29m                ...

If you have EVER tweeted or posted about a coin... including Bitcoin... even though you were not paid or had no official contact with anyone surrounding the coin... you can be held liable legally.

6/8



**Ben Armstrong** ✔ @Bitboy_Crypto · 29m   ···
Ever posted a chart?

LIABLE

Ever tweeted about a coin?

LIABLE

Ever gave ANY opinion on a coin!

LIABLE

Ever posted a meme about a coin or community!

LIABLE

It's extremely dangerous for this ENTIRE space. He said there are thousands of people to go after, and I'm first

7/8

💬 2          ↻ 1          ♡ 21          ۱۱۱ 6,544          ⬆



https://twitter.com/Bitboy_Crypto/status/1649050406247604224



https://twitter.com/Bitboy_Crypto/status/1649059142546407425



https://twitter.com/Bitboy_Crypto/status/1649070680535891968



https://twitter.com/Bitboy_Crypto/status/1649071466757890048



https://twitter.com/Bitboy_Crypto/status/1649111790347771904[2]



https://twitter.com/Bitboy_Crypto/status/1649114041552445440



https://twitter.com/Bitboy_Crypto/status/1649115391656853516





https://twitter.com/Bitboy_Crypto/status/1649123502488711169



https://twitter.com/Bitboy_Crypto/status/1649226860935487489



In addition to these materials posted directly by Defendant Armstrong, Plaintiffs also give notice of filing a sample of the comments left on Armstrong's posts by his followers, which demonstrate the dangers behind Armstrong's conduct, given that he is apparently inciting his followers to action, and knows or should know that such inflammatory rhetoric may lead to these results.

For example, on March 16, 2023, Armstrong tweeted that his followers should "man up" and leave negative reviews for The Moskowitz Law Firm on Google. Amongst the responses are screenshots of followers posting directions to The Moskowitz Law Firm office, with another follower stating "This is promoting defamation and harassment." Another posted a .GIF with the caption stating, simply, "BURN IT." Similar sentiments can be seen in the comment sections of any of the hyperlinked  posts referenced in this or Plaintiffs' prior filings on these issues.

https://twitter.com/Bitboy_Crypto/status/1636537605637455877







Dated: April 21, 2023          Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

By: */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

**By: /s/ Stephen Neal Zack**
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com
*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on April 21, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*_____
ADAM M. MOSKOWITZ