UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-21023-CMA

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs*,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants*.*

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Howard M. Bushman and Barbara C. Lewis of The Moskowitz Law Firm PLLC, hereby gives notice of appearances as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Respectfully submitted on April 24, 2023.

    Respectfully submitted,

By: */s/ Howard M. Bushman*
    Adam M. Moskowitz
    Florida Bar No. 984280
    adam@moskowitz-law.com
    Joseph M. Kaye
    Florida Bar No. 117520
    joseph@moskowitz-law.com
    Howard M. Bushman
    Florida Bar No. 0364230
    howard@moskowitz-law.com
    Barbara C. Lewis
    Florida Bar No. 118114

barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on April 24, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Howard M. Bushman*
Howard M. Bushman