UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21023-ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,
v.

BEN ARMSTRONG, *et al.*,

    Defendants.
_____/

## ORDER DISCHARGING SHOW CAUSE ORDER AS TO DEFENDANT BEN ARMSTRONG

THIS CAUSE is before the Court following this Court's April 20, 2023 Order to Appear and Show Cause As To Defendant Ben Armstrong. [ECF No. 32 (the "Show Cause Order")]. In the Show Cause Order, this Court ordered Defendant Armstrong to appear on April 24, 2023, before the undersigned, and to show cause why he should not be held in contempt for violating this Court's April 12, 2023 Order [ECF No. 24], which directed Defendant Armstrong to appear on April 20, 2023 to address Plaintiffs' allegations regarding harassing and threatening communications directed at Plaintiffs' counsel.

THE COURT has considered the relevant portions of the record and is otherwise fully advised in the premises. The Court also heard from Plaintiffs' counsel, Adam Moskowitz, and Defendant Armstrong, who personally appeared and read a statement on the record, at a Show Cause Hearing held on April 24, 2023.

As stated on the record at the Show Cause Hearing, and finding Defendant Armstrong has complied with this Court's Show Cause Order, it is hereby

ORDERED AND ADJUDGED that the Order to Show Cause directed to Defendant Ben Armstrong [ECF No. 32] is **DISCHARGED**. It is further

ORDERED AND ADJUDGED that Defendant Ben Armstrong is admonished to continue to comply with this Court's April 20, 2023 Order directing him to cease and refrain from posting or sending harassing and threatening communications, including paper and electronic communications and telephone calls, directly or indirectly,[1] to Plaintiffs' counsel, Adam Moskowitz, his family, his partners and associates at the Moskowitz Law Firm, and any party or counsel in this case. Failure to comply with this Court's Order will result in the imposition of sanctions, including contempt proceedings.

As noted on the record, no further relief was requested by Plaintiffs' counsel at this time.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of April, 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Cecilia M. Altonaga, *Chief U.S. District Judge*
Counsel of Record

---

[1] As further explained on the record, the Court's orders extend to conduct by Mr. Armstrong intended to cause others to engage in such conduct on his behalf or at his behest.