UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 23-cv-21023-
ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.

_____/

### AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

COMES NOW, the Defendant, BEN ARMSTRONG, (hereinafter, "Defendant"), by and through his undersigned counsel, and pursuant to the applicable Federal Rule of Civil Procedure, respectfully requests this Honorable Court to enter an order granting Defendant an additional fourteen (14) days within which to respond to Plaintiffs' Complaint for Damages, and in support thereof, states as follows:

1. Plaintiffs' Complaint and Demand for Jury Trial was served via CM/ECF on the Defendant on April 5th, 2023 [D.E. 9]. The Defendant is required to file a response thereto no later than April 26, 2023.

2. Due to the nature of this case, the complexity of the issues, the documents which need to be reviewed to formulate a proper response, and the date upon which the Defendant retained Counsel, the Defendant respectfully requests an additional fourteen (14) days within which to respond to the Complaint.

3. The undersigned certifies that an extension of time to respond to Plaintiffs' Complaint

CASE NO. 23-cv-21023

has not been previously sought by the Defendant in this matter.

4. This Motion is brought in good faith, not sought for any dilatory purpose, and neither the parties nor the administration of justice will be prejudiced by the Court's granting of this Motion.

5. The undersigned certifies he has spoken with Plaintiffs' counsel, Adam Moskowitz, who has agreed to this Motion and the extension of time requested.

**WHEREFORE**, Defendant BEN ARMSTRONG respectfully requests that this Motion be granted and such other and further relief as this Court deems just and appropriate.

Dated: April 26, 2023

Respectfully submitted,

**Jason L. Rindenau, Esq.**
*Attorney for the Defendant*
Email: jason@jasonrindenau.law

By: /s/ Jason L. Rindenau
Florida Bar No: 1025645

CASE NO. 23-cv-21023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 26th day of April, 2023. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jason L. Rindenau

## SERVICE LIST

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
**Via CM/ECF**

Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
aag@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
**Via CM/ECF**

Stephen Neal Zack
Florida Bar No. 145215
szack@bsfllp.com
Tyler Ulrich
Florida Bar No. 94705

3

**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
**VIA CM/ECF**

Jose Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Michelle Genet Bernstein
Florida Bar No. 1030736
michelle@markmigdal.com
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
**VIA CM/ECF**

CASE NO. 23-cv-21023

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-21023-ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.

_____/

### ORDER ON AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

THIS CAUSE having come before the Court on Defendant's, BEN ARMSTRONG, Agreed Motion for Extension of Time to Respond to Plaintiffs' Complaint for Damages and Demand for Jury Trial, and the Court, having reviewed the file, and being fully advised in the premise, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendant's Agreed Motion for Extension of Time is hereby **GRANTED.**

2. Defendant shall file a response to Plaintiffs' Complaint for Damages and Demand for Jury Trial within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida, this 26th day of April, 2023.

_____
DISTRICT COURT JUDGE

Copies furnished to:
All counsel on attached service list.

**SERVICE LIST**

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
**Via CM/ECF**

Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
aag@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
**Via CM/ECF**

Stephen Neal Zack
Florida Bar No. 145215
szack@bsfllp.com
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
**VIA CM/ECF**

Jose Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Michelle Genet Bernstein
Florida Bar No. 1030736
michelle@markmigdal.com
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
**VIA CM/ECF**