UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,
v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendant, Ben Armstrong's Agreed Motion for Extension of Time to Respond to Complaint for Damages and Demand for Jury Trial, filed on April 26, 2023 [ECF No. 39]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED** as unnecessary, given the instructions in the April 3, 2023 Order (*see* [ECF No. 19]). Defendant is reminded that Local Rule 7.1 (A)(2) of the U.S. District Court for the Southern District of Florida requires that certain motions identified in Local Rule 7.1 (A)(1) be accompanied by a proposed order. Additionally, under 3I(6) in the CM/ECF Administrative Procedures, all proposed orders shall be filed as an attachment to a motion, notice, or other filing. The proposed document must also be e-mailed to the judge in **Word format** to the email address of the judge (the Judge's email address is listed in the CM/ECF Administrative Procedures). Counsel failed to submit a proposed order as required by the rules.

**The deadline contained in the April 3, 2023 Order [ECF No. 18] will not be extended.** Plaintiffs are reminded that service must be perfected on all Defendants by June 13, 2023. (*See* Order [ECF No. 3]).

CASE NO. 23-21023-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 26th day of April, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record