UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 23-cv-21023-
ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.

_____/

**NOTICE OF CHANGE OF CONTACT INFORMATION**

    JASON RINDENAU, counsel for BEN ARMSTRONG, Defendant in the above-titled action, hereby gives notice to this Court and all counsel of his change of e-mail address, effective immediately. All pleadings and documents should henceforth be sent to:

    [jason@jasonrindenau.law](mailto:jason@jasonrindenau.law).

Dated this 26th day of April, 2023.

                                             /s/ *Jason L. Rindenau*

                                             Jason Rindenau, Esq.
                                             Florida Bar No. 1025645

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 26th day of April, 2023. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

By: __/s/ *Jason L. Rindenau*__

### SERVICE LIST

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
**Via CM/ECF**

Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
aag@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
**Via CM/ECF**

Stephen Neal Zack
Florida Bar No. 145215
szack@bsfllp.com
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
**VIA CM/ECF**

Jose Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Michelle Genet Bernstein
Florida Bar No. 1030736
michelle@markmigdal.com
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
**VIA CM/ECF**