UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA

CASE NO. 23-cv-21023-
ALTONAGA/DAMIAN

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

BEN ARMSTRONG, *et al.*,

    Defendants.

_____/

**PROPOSED ORDER ON AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

THIS CAUSE having come before the Court on Defendant's, BEN ARMSTRONG, Agreed Motion for Extension of Time to Respond to Plaintiffs' Complaint for Damages and Demand for Jury Trial, and the Court, having reviewed the file, and being fully advised in the premise, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendant's Agreed Motion for Extension of Time is hereby **GRANTED.**

2. Defendant shall file a response to Plaintiffs' Complaint for Damages and Demand for Jury Trial within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in chambers in Miami-Dade County, Florida, this 26th day of April, 2023.

                                                                                      _____
                                                                                      DISTRICT COURT JUDGE

Copies furnished to:
All counsel on attached service list.

**SERVICE LIST**

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
**Via CM/ECF**

Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
aag@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
**Via CM/ECF**

Stephen Neal Zack
Florida Bar No. 145215
szack@bsfllp.com
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
**VIA CM/ECF**

Jose Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Michelle Genet Bernstein
Florida Bar No. 1030736
michelle@markmigdal.com
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
**VIA CM/ECF**