UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebrve, Tom Nash, Ben Armstrong, Erika Kullberg, Creators Agency, LLC <br><br> Defendant(s) | Civil Action No. 1:23-cv-21023-CMA |

## AFFIDAVIT OF JUAN DIAZ

My name is Juan Diaz, I am over the age of 18 and I am of sound mind, capable of making this affidavit and personally acquainted with the facts stated herein.

On April 25, 2023, I personally served Ms. Elba Gabriela Lefebvre with a true and correct copy of a SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL

On April 25, 2023, at approximately 3:23 pm, Ms. Elba Lefebvre was observed and identified as sole occupant and operator of a yellow Tesla Model X bearing Las Vegas license plate AL8638 as she departed her residence at 5201 Peak Climb Drive, Las Vegas, NV89135.  As Ms. Lefebvre reversed out of the garage, I approached her vehicle and identified myself as a process server and stated I had legal documents for her and her husband Jeremy Lefebvre.  While seated inside the vehicle, Ms. Lefebvre looked in my direction and nodded her head side to side as to say no and drove away from the residence.  During this time, I was unable to follow Ms. Lefebvre out of the neighborhood.  I then knocked on the front door of the residence, however no one answered.  I then returned to my vehicle and waited outside of the residence.  Shortly after, a security officer with Global Security Concepts (PILB#1371-Mesa Ridge Community Association Patrol) arrived and stated that the owner of the residence contacted them in regards to my presence. The officer stated that he had no issues with process service as several process servers had already made unsuccessful attempts to serve Mr. Lefebvre and asked if I could wait outside of the entry gates.  I agreed and departed the residence and parked near the guard station which was located at the only entry and exit gates to the neighborhood and awaited Ms. Lefebvre's return.

At approximately 4:53 p.m., I observed Ms. Lefebvre arrive to the neighborhood as operator of the Yellow Tesla (license plate AL8638). As Ms. Lefebvre approached the guard station, she observed me as I exited my vehicle with the legal documents in hand. As I walked towards her vehicle, Ms. Lefebvre made a U-turn and accelerated in the opposite direction. I then proceeded to follow Ms. Lefebvre as she drove through various streets outside of her neighborhood, making several U-turns before driving back into her neighborhood.

    Upon arrival back to her neighborhood, Ms. Lefebvre drove to the residential side entry gate, however was stopped by a vehicle in front of her that had issues with their gate opener. At this time, I parked my vehicle directly behind Ms. Lefebvre, exited and approached the drivers side window. Ms. Lefebvre would not roll down her window nor look in my directions. I again stated I had legal documents for her and placed the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL in the slot between the windshield and hood. At this point the entry gates opened and Ms. Lefebvre drove into her neighborhood and out of view with the legal documents still in place. At this time, I concluded the process service and departed the area.

Below are photographs of Ms. Lefebvre during the service, as she sat inside her vehicle.





"The above and foregoing facts are true and correct and within my personal knowledge."

*JUAN DIAZ*

STATE OF NEVADA

COUNTY OF CLARK

Sworn to before me this __26__ day of __April__, 20__23__.

Juan Manuel Diaz

Notary Public Signature _Monique Santoyo_

My Commission Expires __Jan. 3, 2027__

MONIQUE SANTOYO
Notary Public, State of Nevada
No. 23-2223-01
My Appt. Exp. Jan. 3, 2027