UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on Defendant, Ben Armstrong's second Agreed Motion for Extension of Time to Respond to Complaint for Damages and Demand for Jury Trial [ECF No. 42]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED** as unnecessary. (*See* [ECF No. 40]).

**DONE AND ORDERED** in Miami, Florida, this 27th day of April, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record