UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,                              CASE NO. 1:23-cv-21023-CMA

    Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS
BRIAN JUNG, ERIKA KULLBERG, AND CREATORS AGENCY, LLC**

Jose G. Sepulveda, Esq. of the law firm Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., hereby enters his appearance as counsel on behalf of Defendants Brian Jung, Erika Kullberg, and Creators Agency, LLC and requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.[1]

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
JOSE G. SEPULVEDA
Florida Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
*Counsel for Defendants Brian Jung,
Erika Kullberg, and Creators Agency, LLC*

---

[1] By this notice of appearance filed on behalf of defendants Jung, Kullberg, and Creators Agency, LLC, defendants are not appearing generally and specifically preserve and do not waive any and all defenses, including but not limited to, lack of personal jurisdiction or lack of adequacy of service of process.

## **CERTIFICAT OF SERVICE**

I HEREBY CERTIFY that on April 27, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                   */s/ Jose G. Sepulveda*
                                                                   JOSE G. SEPULVEDA