UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,                                    CASE NO. 1:23-cv-21023-CMA

    Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the *pro hac vice* admission of Derek Adams, Esq. of the law firm of Potomac Law Group, PLLC, 1300 Pennsylvania Avenue, NW, Suite 700, Washington, D.C. 20004, Telephone: 202-743-1511, for purposes of appearance as co-counsel on behalf of Defendants Brian Jung, Erika Kullberg, and Creators Agency, LLC, in the above-captioned litigation, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Derek Adams, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Derek Adams, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of Massachusetts (669495), Virginia (94296), New York (5976790), the District of Columbia (1031442), and the United States District Courts for the District of Columbia, the District of Massachusetts, the Eastern and Western Districts of Virginia, and the Eastern District of New York.

2. Movant, Jose G. Sepulveda, Esq. of the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to designation as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Admin. Procedures.

3. In accordance with the local rules of this Court, Derek Adams, Esq. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit A.

4. Derek Adams, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Derek Adams, Esq. at email address: dadams@potomaclaw.com.

WHEREFORE, Jose G. Sepulveda, Esq. moves this Court to enter an Order for Derek Adams, Esq. to appear before this Court on behalf of Defendants Jung, Kullberg, and Creators Agency, LLC for all purposes relating to the proceedings in this matter and directing the Clerk to provide notice of electronic filings to Derek Adams, Esq.[1]

---

[1] By this notice of appearance filed on behalf of defendants Jung, Kullberg, and Creators Agency, LLC, defendants are not appearing generally and specifically preserve and do not waive any and all defenses, including but not limited to, lack of personal jurisdiction or lack of adequacy of service of process.

**CERTIFICAT OF SERVICE**

I HEREBY CERTIFY that on April 27, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

                                STEARNS WEAVER MILLER WEISSLER
                                ALHADEFF & SITTERSON, P.A.

                        By: */s/ Jose G. Sepulveda*
                                JOSE G. SEPULVEDA
                                Florida Bar No. 154490
                                jsepulveda@stearnsweaver.com
                                mfigueras@stearnsweaver.com
                                150 W. Flagler Street, Suite 200
                                Miami, Florida 33130

                                *Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency, LLC*