# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,                                          CASE NO. 1:23-cv-21023-CMA

    Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

## CERTIFICATION OF DEREK ADAMS

Derek Adams, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bars of Massachusetts (669495), Virginia (94296), New York (5976790), the District of Columbia (1031442), and the United States District Courts for the District of Columbia, the District of Massachusetts, the Eastern and Western Districts of Virginia, and the Eastern District of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

DATED: April 27, 2023.

                                                                   By: /s/*Derek Adams, Esq.*
                                                                      DEREK ADAMS, ESQ.
                                                                      Email: dadams@potomaclaw.com
                                                                      Potomac Law Group, PLLC
                                                                      1300 Pennsylvania Avenue, NW,
                                                                      Suite 700
                                                                      Washington, D.C. 20004
                                                                      Telephone: 202-743-1511