UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Derek Adams, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 49]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Derek Adams may appear and participate in this action on behalf of Specially Appearing Defendants Brian Jung, Erika Kullberg, and Creators Agency, LLC. The Clerk shall provide electronic notification of all electronic filings to Derek Adams, Esq. at dadams@potomaclaw.com.

**DONE AND ORDERED** in Miami, Florida, this 28th day of April, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record