UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated §§§§<br><br>*Plaintiff(s)*<br>v.<br>Kevin Paffrath, Graham Stephan, **Andrei Jikh**, Jaspreet Singh, Brian Jung, Jeremy Lefebrve, Tom Nash, Ben Armstrong, Erika Kullberg, Creators Agency, LLC<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-21023-CMA |

# AFFIDAVIT OF JUAN DIAZ

My name is Juan Diaz, I am over the age of 18 and I am of sound mind, capable of making this affidavit and personally acquainted with the facts stated herein.

On April 28, 2023, I personally served Corrie R. Ortega, who is over the age of 18, with a true and correct copy of a SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL

On April 28, 2023, at approximately 10:00 am, Ms. Corrie R. Ortega was observed and identified as sole occupant and operator of a purple Tesla Model X bearing Nevada license plate GK8B8C as she departed the residence that she shares with Andrei Jikh at 5667 Deer Creek Falls Ct. Las Vegas, NV 89118.  Ms. Ortega traveled to Desert Breeze Community Center located at 8275 Spring Mountain Rd, Las Vegas, NV 89117 and parked in the parking lot.  Ms. Ortega opened the driver's side door and remained seated inside the vehicle.  At this time, I approached Ms. Ortega, identified myself as a Process Server and informed her that I had legal documents for her.  I then placed the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL in Ms. Ortega's lap.  At this time, I concluded the process service and departed the area.

Below are photographs of Ms. Ortega during the service, as she sat inside her vehicle.





"The above and foregoing facts are true and correct and within my personal knowledge."

*[Signature]*
JUAN DIAZ

STATE OF NEVADA

COUNTY OF CLARK

Sworn to before me this __28__ day of __April__, 20__23__.

*[Signature: Monique Santoyo]*

Notary Public Signature

My Commission Expires __Jan. 3, 2027__

MONIQUE SANTOYO
Notary Public, State of Nevada
No. 23-2223-01
My Appt. Exp. Jan. 3, 2027