**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-21023-CMA**

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated,

    Plaintiff,

vs.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH,
JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE,
TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Darren Heitner, esq., of the law firm of Heitner Legal P.L.L.C. hereby enters his appearance as counsel for Defendant, Ben Armstrong, in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

May 1, 2023

    Respectfully submitted,

    HEITNER LEGAL, P.L.L.C.

    By: /s/ Darren Heitner
    Darren Heitner (Fla. Bar No. 85956)
    215 Hendricks Isle
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 558-6999
    E-mail: darren@heitnerlegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof on May 1, 2023

By: __/s/ Darren Heitner__
Florida Bar No.: 85956