UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-civ-21023-CMA/Damian

EDWIN GARRISON, *et al.,* on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

      Defendants.
_____/

**DEFENDANT BRIAN JUNG'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant Brian Jung ("Defendant Jung") pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated April 3, 2023 (Dkt. 18), submits the following Corporate Disclosure Statement and Certificate of Interested Parties as follows:

1. **Corporate disclosure statement.**

There is no parent or publicly held corporation owning 10% or more of the stock of Defendant Jung.

2. **Certificate of Interested Persons.**

Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

| NAME | ASSOCIATION |
|------|-------------|
| Brian Jung | Defendant |
| Jose G. Sepulveda, Esq. | Counsel for Defendant Jung |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Counsel for Defendant Jung |
| Derek M. Adams, Esq. | Counsel for Defendant Jung |
| Potomac Law Group, PLLC | Counsel for Defendant Jung |
| Kevin Paffrath | Defendant |
| Graham Stephan | Defendant |
| Andrei Jikh | Defendant |
| Jaspreet Singh | Defendant |
| Creators Agency LLC | Defendant |
| Jeremy Lefebvre | Defendant |
| Tom Nash | Defendant |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau | Counsel for Defendant Armstrong |
| Darren Heitner | Counsel for Defendant Armstrong |
| Erika Kullberg | Defendant |
| Adam Moskowitz | Counsel for Plaintiffs |
| Joseph M. Kaye | Counsel for Plaintiffs |
| Howard Mitchell Bushman | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |

| NAME | ASSOCIATION |
|---|---|
| Stephen Neal Zack | Counsel for Plaintiffs |
| Tyler Evan Ulrich | Counsel for Plaintiffs |
| Boies Schiller Flexner LLP | Counsel for Plaintiffs |
| Jose Ferrer | Counsel for Plaintiffs |
| Michelle Genet Bernstein | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

**CERTIFICAT OF SERVICE**

I HEREBY CERTIFY that on May 1, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

                                  STEARNS WEAVER MILLER WEISSLER
                                  ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
     JOSE G. SEPULVEDA, FL Bar 154490
     jsepulveda@stearnsweaver.com
     mfigueras@stearnsweaver.com
     150 W. Flagler Street, Suite 2000
     Miami, Florida 33130
     Telephone:  305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: 202-204-3005

*Counsel for Defendants Brian Jung,*
*Erika Kullberg, and Creators Agency, LLC*