UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-civ-21023-CMA/Damian

EDWIN GARRISON, *et al.,* on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

        Defendants.

_____/

## DEFENDANT ERIKA KULLBERG'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant Erika Kullberg ("Defendant Kullberg") pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated April 3, 2023 (Dkt. 18), submits the following Corporate Disclosure Statement and Certificate of Interested Parties as follows:

**1.**     **Corporate disclosure statement.**

There is no parent or publicly held corporation owning 10% or more of the stock of Defendant Kullberg.

**2.**     **Certificate of Interested Persons.**

Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

| NAME | ASSOCIATION |
|---|---|
| Erika Kullberg | Defendant |
| Jose G. Sepulveda, Esq. | Counsel for Defendant Kullberg |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Counsel for Defendant Kullberg |
| Derek M. Adams, Esq. | Counsel for Defendant Kullberg |
| Potomac Law Group, PLLC | Counsel for Defendant Kullberg |
| Kevin Paffrath | Defendant |
| Graham Stephan | Defendant |
| Andrei Jikh | Defendant |
| Jaspreet Singh | Defendant |
| Brian Jung | Defendant |
| Jeremy Lefebvre | Defendant |
| Tom Nash | Defendant |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau | Counsel for Defendant Armstrong |
| Darren Heitner | Counsel for Defendant Armstrong |
| Creators Agency LLC | Defendant |
| Adam Moskowitz | Counsel for Plaintiffs |
| Joseph M. Kaye | Counsel for Plaintiffs |
| Howard Mitchell Bushman | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

| NAME | ASSOCIATION |
|---|---|
| Stephen Neal Zack | Counsel for Plaintiffs |
| Tyler Evan Ulrich | Counsel for Plaintiffs |
| Boies Schiller Flexner LLP | Counsel for Plaintiffs |
| Jose Ferrer | Counsel for Plaintiffs |
| Michelle Genet Bernstein | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

3

## CERTIFICAT OF SERVICE

I HEREBY CERTIFY that on May 1, 2023 undersigned counsel filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on all counsel of record and parties registered via transmission of Notices of Electronic Filing generated by CM/ECF.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.


By: */s/ Jose G. Sepulveda*
    JOSE G. SEPULVEDA, FL Bar 154490
    jsepulveda@stearnsweaver.com
    mfigueras@stearnsweaver.com
    150 W. Flagler Street, Suite 2000
    Miami, Florida 33130
    Telephone:  305-789-3200

    and

    POTOMAC LAW GROUP, PLLC
    Derek Adams, Esq., *Pro Hac Vice*
    dadams@potomaclaw.com
    1300 Pennsylvania Avenue, NW, Suite 700
    Washington, D.C. 20004
    Telephone: 202-204-3005

    *Counsel for Defendants Brian Jung,*
    *Erika Kullberg, and Creators Agency, LLC*