UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

      Plaintiff,                                      Hon. Cecilia M. Altonaga

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

      Defendants.
_____/

## NOTICE OF APPEARANCE OF DAVID E. GHANNAM

TO:    CLERK OF THE COURT

    PLEASE ENTER the Notice of Appearance of the undersigned, David E. Ghannam, of Counsel, of the law firm of Cummings, McClorey, Davis & Acho, PLC, as attorneys for Defendant Jaspreet Singh only.

                                        Respectfully submitted,

                                        /s/ David E. Ghannam
                                        DAVID E. GHANNAM
                                        Florida Bar Id. No. 854462
                                        dghannam@cmda-law.com
                                        Cummings, McClorey, Davis & Acho, PLC
                                        17436 College Parkway, Fl 3
Dated: May 1, 2023                    Livonia, MI 48152
                                        (313) 945-0088
                                        Attorneys for Defendant Jaspreet Singh

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this case. I hereby certify that I have mailed the paper to the following non-ECF participants: none.

|  |  |
|---|---|
|  | /s/ David E. Ghannam |
|  | DAVID E. GHANNAM |
|  | Florida Bar Id. No. 854462 |
|  | dghannam@cmda-law.com |
|  | Cummings, McClorey, Davis & Acho, PLC |
|  | 17436 College Parkway, Fl 3 |
| Dated: May 1, 2023 | Livonia, MI 48152 |
|  | (313) 945-0088 |