UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Kevin Paffrath, Graham Stephan, Andrei Jikh, Jaspreet Singh, Brian Jung, Jeremy Lefebrve, Tom Nash, Ben Armstrong, Erika Kullberg, Creators Agency, LLC <br><br> *Defendant(s)* | § § § § § § § § § § § § Civil Action No. 1:23-cv-21023-CMA |

## AFFIDAVIT OF JEFFREY S. LAROCK

My name is Jeffrey S. LaRock, I am over the age of 18 and I am of sound mind, capable of making this affidavit and personally acquainted with the facts stated herein.

On April 27, 2023, I personally served Mrs. Lauren Paffrath with a true and correct copy of a SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL NAMING HER HUSBAND, KEVIN PAFFRATH AS A DEFENDANT. Substitute service of Mrs. Lauren Paffrath came about due to the unsuccessful service of Kevin Paffrath on numerous occasions.

On April 27, 2023, at approximately 7:35 a.m., Mrs. Paffrath was observed exiting her residence at 8219 Quartz Street, Ventura, CA 93004. As I approached Mrs. Paffrath, she was entering her light blue, Toyota minivan, CA license 7KPW554. While seated in the driver's seat, Mrs. Paffrath looked in my direction, through the closed window. In a loud voice, I informed her that she was being served with legal documents. I further stated that she was being served in place of her husband and requested that she provide the documents to her husband. I placed a manila envelope containing a copy of the SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL on the windshield of her vehicle on the driver's side, under the windshield wiper, in plain view of Mrs. Paffrath. Mrs. Paffrath said something inaudible, raised her hands and shook her head side to side, as if to say no. As I turned and walked away, I heard the sound of the vehicle door opening, papers hitting the ground, and the door closing. I turned to observe her driving away and noticed the legal documents that I had placed on her windshield, laying on the curb next to where she had been parked.

At approximately 7:55 a.m., I observed Mrs. Paffrath return to the residence in her light

blue Toyota minivan, CA license 7KPW554, and park in the same location. I observed Mrs. Paffrath exit the vehicle, bend over, and pick up the legal documents that had remained on the curb. With the legal documents in her left hand, Mrs. Paffrath walked to the front door of her residence at 8219 Quartz Street, Ventura, CA 93004, and entered. At this time, I concluded the process service and departed the area.

The above and foregoing facts are true and correct and within my personal knowledge.

_____
JEFFREY S. LAROCK

4/27/2023
DATE

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __VENTURA__

On __4/27/23__ before me, __BLAIR DUGAN, NOTARY PUBLIC__
(Insert Name of Notary Public and Title)
personally appeared __JEFFREY SCOTT LA ROCK__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Blair Dugan__    (Seal)

> BLAIR DUGAN
> Notary Public - California
> Ventura County
> Commission # 2399911
> My Comm. Expires Apr 6, 2026

B001 rev 20160518

PROC. AFF.