UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-21023-CMA

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

    Plaintiffs*,*

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's April 3, 2023 Order [ECF No. 18], Plaintiffs Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Sunil Kavuri, Gary Gallant, David Nicol ("Plaintiffs"), hereby disclose the following list of known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:

1. Edwin Garrison, Plaintiff
2. Gregg Podalsky, Plaintiff
3. Skyler Lindeen, Plaintiff
4. Alexander Chernyavsky, Plaintiff
5. Sunil Kavuri, Plaintiff
6. Gary Gallant, Plaintiff
7. David Nicol, Plaintiff
8. Plaintiffs are all residents of US and/or a foreign government, and all purchased

FTX's unregistered products, including YBAs and/or FTT, which Plaintiffs contend were unregistered securities. Plaintiffs seek to represent the following Global Class, Nationwide Class, and Florida Subclass (collectively, "the Classes"):

    a. **Global Class:** All persons and entities residing outside of the United States who, within the applicable limitations period, purchased or enrolled in a YBA and/or FTT.

    b. **Nationwide Class:** All persons or entities in the United States who, within the applicable limitations period, purchased or enrolled in a YBA and/or FTT.

    c. **Florida Subclass:** All persons or entities in the state of Florida who, within the applicable limitations period, purchased or enrolled in a YBA and/or FTT.

9. The Moskowitz Law Firm, PLLC, Counsel for Plaintiffs
    a. Adam M. Moskowitz
    b. Joseph M. Kaye
    c. Howard M. Bushman
    d. Barbara C. Lewis
10. Grossman Roth Yaffa Cohen, P.A., Counsel for Plaintiffs
    a. Stuart Z. Grossman
    b. Manuel A. Arteaga-Gomez
11. Boies Schiller Flexner, LLP, Counsel for Plaintiffs
    a. Stephen Neal Zack
    b. Tyler Ulrich
12. Mark Migdal & Hayden, Counsel for Plaintiffs
    a. Jose M. Ferrer
    b. Michelle Genet Bernstein
13. Kevin Paffrath, Defendant
14. Graham Stephan, Defendant
15. Andrei Jikh, Defendant
16. Jaspreet Singh, Defendant
17. Brian Jung, Defendant

*Garrison et al v. Paffrath et al*
Case No.: 1:23-CV-21023-CMA

18. Jeremy Lefebvre, Defendant

19. Tom Nash, Defendant

20. Ben Armstrong, Defendant

21. Erika Kullberg, Defendant

22. Creators Agency, Defendant

23. Cummings, McClorey, Davis & Acho, PLC, Counsel for Jaspreet Singh

    a. Ronald G. Acho

24. Jason Rindenau Law, Counsel for Ben Armstrong

    a. Jason Rindenau

25. Heitner Legal, P.L.L.C., Counsel for Ben Armstrong

    a. Darren Adam Heitner

26. Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Counsel for Brian Jung, Erika Kullberg, and Creators Agency LLC

    a. Jose G. Sepulveda

27. Potomac Law Group, PLLC, Counsel for Brian Jung, Erika Kullberg, and Creators Agency LLC

    a. Derek Adams

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 1, 2023                          Respectfully submitted,

                                            By: */s/ Adam Moskowitz*
                                            Adam M. Moskowitz
                                            Florida Bar No. 984280
                                            adam@moskowitz-law.com
                                            Joseph M. Kaye
                                            Florida Bar No. 117520
                                            joseph@moskowitz-law.com
                                            **THE MOSKOWITZ LAW FIRM, PLLC**
                                            2 Alhambra Plaza, Suite 601
                                            Coral Gables, FL 33134
                                            Telephone: (305) 740-1423

*Garrison et al v. Paffrath et al*
Case No.: 1:23-CV-21023-CMA

**By: */s/Stuart Z. Grossman***
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com


**By: */s/ Jose Ferrer***
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com


**By: /s/ Stephen Neal Zack**
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
BOIES SCHILLER FLEXNER LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com
*Co-Counsel for Plaintiffs and the Class*

*Garrison et al v. Paffrath et al*
Case No.: 1:23-CV-21023-CMA

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on May 1, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ