**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 23-21023-CIV-ALTONAGA/Damian**

EDWIN GARRISON, *et al.,* on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

      Defendants.

_____/

**[PROPOSED] SCHEDULING ORDER**

Having considered the Joint Conference Report of the parties [ECF No. __], the Court

hereby **ORDERS** the following:

**I.      PRETRIAL DEADLINES**

[PLAINTIFFS' PROPOSED SCHEDULE]

| Date | Deadline or Event |
|---|---|
| **May 24, 2023** | Deadline to furnish Initial Disclosures pursuant to FRCP 26 |
| **June 14, 2023** | Deadline for Defendants to respond to the Amended Complaint |
| **June 14, 2023** | Deadline to select mediator, and schedule time, date and place |
| **July 5, 2023** | Deadline for Plaintiffs to file Motion for Class Certification |
| **Within 40 days following the filing of Plaintiffs' motion** | Deadline for Defendants to file response to Plaintiffs' Motion for Class Certification |
| **Within 20 days following the filing of Defendants' response** | Deadline for Plaintiffs to file Reply in support of Plaintiff's Motion for Class Certification |

| | |
|---|---|
| **To be set by the Court.** | Hearing on Plaintiff's Motion for Class Certification |
| **Within 21 days following the Court's ruling on Plaintiff's motion for class certification** | Deadline to file motions to amend pleadings or join parties |
| **November 29, 2023** | Deadline to complete fact discovery |
| **December 13, 2023** | Deadline for Parties to disclose experts, expert witness summaries and reports |
| **January 3, 2024** | Deadline to complete mediation |
| **Within 28 days of each Party's expert disclosures** | Deadline to exchange rebuttal expert witness summaries and reports |
| **Within 21 days of each Party's rebuttal expert disclosures** | Deadline to complete expert discovery |
| **March 5, 2024** | Deadline to file all dispositive pre-trial motions |
| **April 2, 2024** | Deadline to respond to all dispositive pre-trial motions |
| **April 16, 2024** | Deadline to reply in support of all dispositive pre-trial motions |
| **May 1, 2024** | Deadline to file joint pretrial stipulation, witness lists, exhibit lists, accordance with Local Rule 16.1(d) and (e), and proposed jury instructions/conclusions of law (for non-jury trials) |
| **May 15, 2024** | Deadline for Parties to submit their deposition designations |
| **May 29, 2024** | Deadline to file *Daubert* motions, motions to strike experts |
| **June 10, 2024 (approximate)** | Two-week trial period commences |

OR [APPEARING DEFENDANTS' PROPOSED SCHEDULE]

| Date | Deadline or Event |
|---|---|
| **Within 21 days of service of the Complaint upon the last Defendant** | Deadline for Defendants' Joint Motion to Dismiss, in accordance with the Court's Order, Dkt. 19.  Deadline for Rule 12(b)(2) motions, e.g., challenging adequacy of service of process. |

| | |
|---|---|
| **30 days following Defendants' Motion to Dismiss** | Deadline for Plaintiffs to oppose Motion to Dismiss |
| **30 days following Plaintiffs' opposition to Motion to Dismiss** | Deadline for Defendants' joint reply in support of Motion to Dismiss |
| **To be set by the Court** | Hearing on Defendants' Motion to Dismiss |
| **14 days following the Court's ruling on Motion to Dismiss (if denied in part or in whole)** | Deadline for Disclosures pursuant to Fed. R. Civ. P. 26 |
| **30 days following the Court's ruling on Motion to Dismiss (if denied in part or in whole)** | Deadline for Plaintiffs to move for class certification |
| **90 days following the filing of Plaintiffs' Motion for Class Certification** | Deadline for completion of discovery related to class certification ("Phase 1 Discovery") |
| **30 days following the completion of class discovery** | Deadline for Defendants to respond to Plaintiffs' Motion for Class Certification |
| **14 days following the filing of Defendants' response to the Motion for Class Certification** | Deadline for Plaintiffs to file reply in support of Motion for Class Certification |
| **To be set by the Court** | Hearing on Plaintiffs' Motion for Class Certification |
| **14 days following the Court's ruling on Plaintiffs' motion for class certification** | Deadline for Parties to amend pleadings and join additional parties |
| **270 days following the Court's Ruling on Plaintiffs' motion for class certification** | Deadline to complete fact discovery and deadline to select mediator |
| **30 days following the close of fact discovery** | Deadline for the Parties to disclose experts, expert witness summaries and reports.  Deadline to complete mediation. |
| **30 days following each Party's expert disclosures** | Deadline to exchange rebuttal expert witness summaries and reports |
| **30 days following each Party's rebuttal expert disclosures** | Deadline to complete expert discovery |
| **30 days following the close of expert discovery** | Deadline to file dispositive pre-trial motions |
| **14 days following the file of pre-trial motions** | Deadline to respond to dispositive pre-trial motions |
| **7 days following filing of responses to dispositive pre-trial motions** | Deadline to file replies in support of dispositive pre-trial motions |
| **30 days following the filing of replies in support of** | Deadline to file joint pretrial stipulation, witness lists, exhibit lists, in accordance with Local Rule 16.1(d) and (e), and |

| | |
|---|---|
| **dispositive pre-trial motions** | proposed jury instructions.  Deadline for Parties to exchange affirmative deposition designations. |
| **10 days following the exchange of deposition designations** | Deadline for Parties to exchange counter-designations and objections to deposition designations |
| **7 days following the exchange of counter-designations and objections** | Deadline for Parties to exchange rebuttal designations and objections to counter-designations |
| **5 days following the exchange of rebuttal designations and objections** | Deadline for Parties to exchange objections to rebuttal designations and submit deposition designations, with objections thereto |
| **14 days following the submission of deposition designation and objections** | Deadline for Parties to file *Daubert* motions, motions to strike experts, and motions *in limine* (collectively, "Evidentiary Motions") |
| **14 days following the filing of each Party's Evidentiary Motions** | Deadline for the Parties to respond to Evidentiary Motions |
| **7 days following the filing of each Party's response to Evidentiary Motions** | Deadline for the Parties to file replies in support of Evidentiary Motions |
| **7 days following the filing of the Parties' replies in support of Evidentiary Motions** | Trial commences |

**DONE AND ORDERED** in Miami, Florida this __ day of _____, 2023.

_____
**HONORABLE CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record