# Composite Exhibit A



| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | tomnashyt@gmail.com |
| **Cc:** | Adam Moskowitz; Rejane Passos; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Jose Ferrer; Michelle Genet Bernstein; BSF Ulrich, Tyler; Stephen N. Zack; Stuart Grossman; Alex Arteaga-Gomez |
| **Subject:** | FW: Garrison, et al. v. Paffrath, et al. - No. 1:23-cv-21023-CMA - Request for Waiver of Service - Tom Nash |
| **Date:** | Tuesday, May 2, 2023 7:53:12 PM |
| **Attachments:** | Garrison v. Paffrath - 23-cv-21023 - D.E. 1 - Complaint.PDF<br>D.E. 65 Order Granting Motion to Serve Defendant Tom Nash with Process Through Alternate Means.pdf |

Good evening, Mr. Nash,

Following up on the below, please see attached for a copy of the Complaint filed against you and the Order from the Court authorizing us to serve you via (1) this email, (2) your Twitter account, @iamtomnash, and (3) publication on the following website: https://moskowitz-law.com/ftx-influencers-class-action

Best,

Joseph M. Kaye, P.A.

Partner

**The Moskowitz Law Firm, PLLC**

Continental Plaza

3250 Mary Street, Suite 202

Coconut Grove, FL 33133

**Mailing Address:**

P.O. Box 653409

Miami, FL 33175

Office: (305) 740-1423

Direct: (786) 309-9585

https://moskowitz-law.com

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

**From:** Joseph Kaye
**Sent:** Friday, March 31, 2023 12:29 AM
**To:** tomnashyt@gmail.com
**Cc:** Adam Moskowitz; Rejane Passos; dboies@bsfllp.com; aboies@bsfllp.com; Jose Ferrer; Michelle

Genet Bernstein; Stuart Grossman; Alex Arteaga-Gomez; Stephen N. Zack
**Subject:** Re: Garrison, et al. v. Paffrath, et al. - No. 1:23-cv-21023-CMA - Request for Waiver of Service - Tom Nash

Good evening, Mr. Nash,

We represent Plaintiffs and the putative classes in the above-reference action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service (both forms attached). Please sign, date, and return the waiver so we may proceed with the litigation. Thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175
Office: (305) 740-1423
Direct: (786) 309-9585
https://moskowitz-law.com

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.