UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

       Plaintiff,　　　　　　　　　　　　　　　　Hon. Cecilia M. Altonaga

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

       Defendants.
_____/

**DEFENDANT JASPREET SINGH'S CORPORATE DISCLOSURE
STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

.       Defendant Jaspreet Singh pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated May 2, 2023, submits the following Corporate Disclosure Statement and Certificate of Interested Person as follows:

**I.    Corporate Disclosure Statement.**

There is no parent or publicly held corporation owning 10% or more of the stock of Defendant Jaspreet Singh.

**II.   Certificate of Interested Persons.**

Complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

| **NAME** | **ASSOCIATION** |
|---|---|
| Jaspreet Singh | Defendant |
| David E. Ghannam, Esq. | Counsel for Defendant Jaspreet Singh |
| Ronald C. Acho, Esq. | Counsel for Defendant Jaspreet Singh |
| Michael O. Cummings, Esq. | Counsel for Defendant Jaspreet Singh |
| Cummings, McClorey, Davis & Acho, PLC | Counsel for Defendant Jaspreet Singh |
| Kevin Paffrath | Defendant |
| Graham Stephan | Defendant |
| Andrei Jikh | Defendant |
| Brian Jung | Defendant |
| Jeremy Lefebvre | Defendant |
| Tom Nash | Defendant |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau | Counsel for Defendant Armstrong |
| Darren Heitner | Counsel for Defendant Armstrong |
| Erika Kullberg | Defendant |
| Creators Agency LLC | Defendant |
| Solidate | Member of Defendant Creators Agency LLC |
| Erika Kullberg LLC | Member of Defendant Creators Agency LLC |
| Jose G. Supulveda | Counsel for Defendants Jung, Kullberg and Creators Agency LLC |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Counsel for Defendants Jung, Kullberg and Creators Agency LLC |
| Derek M. Adams | Counsel for Defendants Jung, Kullberg and Creators Agency LLC |

| | |
|---|---|
| Potomac Law Group LLC | Counsel for Defendants Jung, Kullberg and Creators Agency LLC |
| Adam Moskowitz | Counsel for Plaintiffs |
| Joseph M. Kaye | Counsel for Plaintiffs |
| Howard Mitchell Bushman | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman | Counsel for Plaintiffs |
| Manuel A. Artega-Gomez | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |
| Stephen Neal Zack | Counsel for Plaintiffs |
| Tyler Evan Ulrich | Counsel for Plaintiffs |
| Boies Schiller Flexner LLP | Counsel for Plaintiffs |
| Jose Ferrer | Counsel for Plaintiffs |
| Michelle Genet Bernstein | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

                                Respectfully submitted,

                                /s/ David E. Ghannam  
                                DAVID E. GHANNAM  
                                Florida Bar Id. No. 854462  
                                dghannam@cmda-law.com

                                Cummings, McClorey, Davis & Acho, PLC  
                                17436 College Parkway, Fl 3  
Dated: May 4, 2023              Livonia, MI 48152  
                                (313) 945-0088  
                                Attorneys for Defendant Jaspreet Singh

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this case. I hereby certify that I have mailed the paper to the following non-ECF participants: none.

                                /s/ David E. Ghannam  
                                DAVID E. GHANNAM  
                                Florida Bar Id. No. 854462  
                                dghannam@cmda-law.com  
                                Cummings, McClorey, Davis & Acho, PLC  
                                17436 College Parkway, Fl 3  
Dated: May 4, 2023              Livonia, MI 48152  
                                (313) 945-0088