UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**NOTICE OF APPEARANCE AS COUNSEL FOR**
**DEFENDANT GRAHAM STEPHAN**

Please take notice that Josef M. Mysorewala, Esq. of The Law Office of Josef M. Mysorewala, PLLC, hereby gives notice of his appearance in this matter on behalf of Defendant Graham Stephan.

Please take further notice that e-mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

    Primary:    josefm@lawjmm.com

All pleadings and documents should hereafter be served by email upon all such designated email addresses.

Dated: May 8, 2023

    By:    /s/ Josef M. Mysorewala
           Josef M. Mysorewala
           Florida Bar No. 105425
           Law Office of Josef M. Mysorewala, PLLC
           2000 S Dixie Highway, Suite 112
           Miami, Florida 33133
           Telephone: (305) 356-1031
           Email: josefm@lawjmm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 8th day of May, 2023, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying all parties of record.

By:  /s/ Josef M. Mysorewala
     Josef M. Mysorewala