UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**DEFENDANT GRAHAM STEPHAN'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant, Graham Stephan, pursuant to Fed. R. Civ. P. 7.1, states that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of the stock of Graham Stephan.

The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and all other identifiable legal entities related to any party in this case:

| **Name:** | **Association:** |
| --- | --- |
| Graham Stephan | Defendant |
| Stephan Real Estate, Inc., a Nevada corp. | Affiliate of Defendant Stephan Graham |
| Andrei Jikh | Defendant |
| Jeremy Lefebrve | Defendant |

| | |
|---|---|
| Financial Education Team, Nevada Sole Proprietorship | Affiliate of Defendant Jeremy Lefebvre |
| Kimberly P. Stein, Esq. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Flangas Law Group, Inc. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Josef M. Mysorewala, Esq. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Law Office of Josef M. Mysorewala, PLLC | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Jaspreet Singh | Defendant |
| David E. Ghannam, Esq. | Counsel for Defendant Jaspreet Singh |
| Ronald C. Acho, Esq. | Counsel for Defendant Jaspreet Singh |
| Michael O. Cummings, Esq. | Counsel for Defendant Jaspreet Singh |
| Cummings, McClorey, Davis & Acho, PLC | Counsel for Defendant Jaspreet Singh |
| Kevin Paffrath | Defendant |
| Brian Jung | Defendant |
| Tom Nash | Defendant |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau, Esq. | Counsel for Defendant Ben Armstrong |
| Darren Heitner, Esq. | Counsel for Defendant Ben Armstrong |
| Erika Kullberg | Defendant |
| Creators Agency LLC | Defendant |
| Solidate | Member of Defendant Creators Agency LLC |
| Erika Kullberg LLC | Member of Defendant Creators Agency LLC |
| Jose G. Supulveda, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |

| | |
|---|---|
| Derek M. Adams, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Potomac Law Group LLC | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Adam Moskowitz, Esq. | Counsel for Plaintiffs |
| Joseph M. Kaye, Esq. | Counsel for Plaintiffs |
| Howard Mitchell Bushman, Esq. | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman, Esq. | Counsel for Plaintiffs |
| Manuel A. Artega-Gomez, Esq. | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |
| Stephen Neal Zack, Esq. | Counsel for Plaintiffs |
| Tyler Evan Ulrich, Esq. | Counsel for Plaintiffs |
| Boies Schiller Flexner LLC | Counsel for Plaintiffs |
| Jose Ferrer, Esq. | Counsel for Plaintiffs |
| Michelle Genet Bernstein, Esq. | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

Dated: May 8, 2023                                  Respectfully submitted,

    /s/ Josef M. Mysorewala

Josef M. Mysorewala, Esq.
Florida Bar ID No.: 105425
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031
Email: josefm@lawjmm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 8th day of May, 2023, which will generate notification of electronic filing to all CM/ECF Participants.

    /s/ Josef M. Mysorewala
Josef M. Mysorewala