UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**NOTICE OF LIMITED APPEARANCE AS COUNSEL FOR
DEFENDANTS ANDREI JIKH AND JEREMY LEFEBRVE**

Please take notice that Josef M. Mysorewala, Esq. of The Law Office of Josef M Mysorewala, PLLC, hereby gives notice of his limited appearance in this matter on behalf of Defendants Andrei Jikh and Jeremy Lefebrve, for purposes of contesting jurisdiction and the process purportedly served on Andrei Jikh and Jeremy Lefebrve.

Please take further notice that e-mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

    Primary:    josefm@lawjmm.com

All pleadings and documents should hereafter be served by email upon all such designated email addresses.

Dated: May 8, 2023

                                                             By:    /s/ Josef M. Mysorewala
                                                                              Josef M. Mysorewala
                                                                              Florida Bar No. 105425
                                                                              Law Office of Josef M. Mysorewala, PLLC
                                                                              2000 S Dixie Highway, Suite 112
                                                                              Miami, Florida 33133

Telephone: (305) 356-1031<br>
Email: josefm@lawjmm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 8th day of May 2023, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying all parties of record.

By: /s/ Josef M. Mysorewala<br>
Josef M. Mysorewala