UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

## DEFENDANT ANDREI JIKH'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant, Andrei Jikh, pursuant to Fed. R. Civ. P. 7.1, states that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of the stock of Andrei Jikh.

The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, and all other identifiable legal entities related to any party in this case:

| **Name:** | **Association:** |
|---|---|
| Graham Stephan | Defendant |
| Stephan Real Estate, Inc., a Nevada corp. | Affiliate of Defendant Stephan Graham |
| Andrei Jikh | Defendant |
| Jeremy Lefebrve | Defendant |

| | |
|---|---|
| Financial Education Team, Nevada Sole Proprietorship | Affiliate of Defendant Jeremy Lefebvre |
| Kimberly P. Stein, Esq. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Flangas Law Group, Inc. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Josef M. Mysorewala, Esq. | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Law Office of Josef M. Mysorewala, PLLC | Counsel for Defendants Graham Stephan, Andrei Jikh, and Jeremy Lefebrve |
| Jaspreet Singh | Defendant |
| David E. Ghannam, Esq. | Counsel for Defendant Jaspreet Singh |
| Ronald C. Acho, Esq. | Counsel for Defendant Jaspreet Singh |
| Michael O. Cummings, Esq. | Counsel for Defendant Jaspreet Singh |
| Cummings, McClorey, Davis & Acho, PLC | Counsel for Defendant Jaspreet Singh |
| Kevin Paffrath | Defendant |
| Brian Jung | Defendant |
| Tom Nash | Defendant |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau, Esq. | Counsel for Defendant Ben Armstrong |
| Darren Heitner, Esq. | Counsel for Defendant Ben Armstrong |
| Erika Kullberg | Defendant |
| Creators Agency LLC | Defendant |
| Solidate | Member of Defendant Creators Agency LLC |
| Erika Kullberg LLC | Member of Defendant Creators Agency LLC |
| Jose G. Supulveda, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |

| | |
|---|---|
| Derek M. Adams, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Potomac Law Group LLC | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Adam Moskowitz, Esq. | Counsel for Plaintiffs |
| Joseph M. Kaye, Esq. | Counsel for Plaintiffs |
| Howard Mitchell Bushman, Esq. | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman, Esq. | Counsel for Plaintiffs |
| Manuel A. Artega-Gomez, Esq. | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |
| Stephen Neal Zack, Esq. | Counsel for Plaintiffs |
| Tyler Evan Ulrich, Esq. | Counsel for Plaintiffs |
| Boies Schiller Flexner LLC | Counsel for Plaintiffs |
| Jose Ferrer, Esq. | Counsel for Plaintiffs |
| Michelle Genet Bernstein, Esq. | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

Dated: May 8, 2023                              Respectfully submitted,

                                         /s/ Josef M. Mysorewala

Josef M. Mysorewala, Esq.
Florida Bar ID No.: 105425
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031
Email: josefm@lawjmm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 8th day of May, 2023, which will generate notification of electronic filing to all CM/ECF Participants.

                                         /s/ Josef M. Mysorewala
                                         Josef M. Mysorewala