UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kimberly P. Stein, Esq., of the law firm of Flangas Law Group, Inc., 3275 South Jones Blvd., Suite 105, Las Vegas, NV 89146, (702) 307-9500, for purposes of appearance as co-counsel on behalf of Defendants, Andrei Jikh, Jeremy Lefebrve[1] and Graham Stephan in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kimberly P. Stein, Esq., to receive electronic filings in this case, and in support thereof states as follows:

    1.    Kimberly P. Stein, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Nevada State Bar, California State Bar, the United

---

[1] The appearance on behalf of Andrei Jikh and Jeremy Lefebrve shall be limited for purposes of contesting jurisdiction and the process purportedly served on Andrei Jikh and Jeremy Lefebrve.

States District Court for the District of Nevada, Central District of California, District of Colorado, and the United States Court of Appeals for the Ninth Circuit.

2. Movant, Josef M. Mysorewala, Esq., of the Law Office of Josef M. Mysorewala, PLLC, 2000 S Dixie Highway, Suite 112, Miami, Florida 33133, (305) 356-1031, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kimberly P. Stein, Esq., has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kimberly P. Stein, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kimberly P. Stein, Esq., at email address: kps@fdlawlv.com.

WHEREFORE, Josef M. Mysorewala, Esq., moves this Court to enter an Order permitting Kimberly P. Stein, Esq., to appear before this Court on behalf of Defendants, Erika Kullberg and Creators Agency, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kimberly P. Stein, Esq.

Date: May 8, 2023                           Respectfully submitted,

                                                 /s/ Josef M. Mysorewala

Josef M. Mysorewala, Esq.
Florida Bar ID No.: 105425
Law Office of Josef M. Mysorewala, PLLC
2000 S Dixie Highway, Suite 112
Miami, Florida 33133
Telephone: (305) 356-1031
Email: josefm@lawjmm.com

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 8th day of May, 2023, which will generate notification of electronic filing to all CM/ECF Participants.

                                                 /s/ Josef M. Mysorewala
                                                 Josef M. Mysorewala