UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

-vs-

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

## CERTIFICATION OF KIMBERLY P. STEIN, ESQ.

Kimberly P. Stein, Esq., pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Nevada and California State Bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

Dated: May 8, 2023

                                                         */s/* Kimberly P. Stein
                                                         Kimberly P. Stein, Esq.