UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kimberly P. Stein, Esq. Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Kimberly P. Stein, Esq., may appear and participate in this action on behalf of Andrei Jikh, Jeremy Lefebrve[1] and Graham Stephan. The Clerk shall provide electronic notification of all electronic filings to Kimberly P. Stein, Esq., at kps@fdlawlv.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of May, 2023.

---

[1] The appearance on behalf of Andrei Jikh and Jeremy Lefebrve shall be limited for purposes of contesting jurisdiction and the process purportedly served on Andrei Jikh and Jeremy Lefebrve.

                                                                                 _____

Honorable Chief Judge Cecilia M. Altonaga
United States District Judge

Copies furnished to: All counsel of record