UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21023-ALTONAGA/Damian

EDWIN GARRISON et al.,

    Plaintiffs,

v.

KEVIN PAFFRATH et al.,

    Defendants.
_____/

**DEFENDANT TOM NASH'S CERTIFICATE OF INTERESTED PARTIES**

As required by the Court's order of April 3, 2023, ECF No. 18, Defendant Tom Nash states that he knows of no persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case.

Dated: May 8, 2023

TOTH FUNES PA

s/Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
btoth@tothfunes.com
Ingraham Building
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
e-filings@tothfunes.com

*Counsel for Defendant Tom Nash*