UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21023-ALTONAGA/Damian

EDWIN GARRISON et al.,

    Plaintiffs,

v.

KEVIN PAFFRATH et al.,

    Defendants.
_____/

**NOTICE OF ATTORNEY APPEARANCE**

    Freddy Funes of the law firm Toth Funes PA appears as counsel in this action for Defendant Tom Nash.

Dated: May 8, 2023

TOTH FUNES PA

s/Freddy Funes
Freddy Funes
Florida Bar No. 87932
ffunes@tothfunes.com
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
e-filings@tothfunes.com

*Counsel for Defendant Tom Nash*