UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

**BEN ARMSTRONG**

    Defendant.
_____/

## MOTION TO WITHDRAW BY JASON RINDENAU AS COUNSEL FOR DEFENDANT BEN ARMSTRONG AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Rules Regulating the Florida Bar, Jason Rindenau, Esq., of Jason Rindenau Law, P.A., hereby files this motion to withdraw as counsel for Defendant, BEN ARMSTRONG ("Defendant") and, in support thereof, states as follows:

    1.    The undersigned counsel has been retained by the Defendant to represent them in connection with this lawsuit.

    2.    Following the Defendant's initial hearings regarding his alleged conduct toward Adam Moskowitz, Defendant retained Darren Heitner, Esq. and the firm of Heitner Legal to represent him in this action as Jason Rindenau, Esq. is conflicted from continuing to effectively represent the Defendant in this action.

### MEMORANDUM OF LAW

    3.    Pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar, a lawyer may withdraw from representing a client if (1) withdrawal can be accomplished without

material adverse effect on the interests of the client; and (5) other good cause for withdrawal exists.

        4.        Given the circumstances outlined above, sufficient good cause exists to permit the withdrawal of the undersigned counsel of record for the Defendant.

## CERTIFICATE OF COUNSEL

The undersigned counsel conferred with counsel for Plaintiffs and they do not object to the filing of this Motion.

**WHEREFORE**, the undersigned counsel respectfully requests that this Court enter an Order: (a) Granting this Motion; (b) Relieving Jason Rindenau, Esq. and Jason Rindenau Law, P.A., of any and all further obligations on behalf of the Defendant in this action; and (c) Awarding such other and further relief as this Court deems just and proper.

Dated: May 9, 2023                                                                                  Respectfully submitted,

**Jason L. Rindenau, Esq.**
*Attorney for the Defendant*
Florida Bar No. 1025645
jason@jasonrindenau.law
**JASON RINDENAU LAW**
4910 Tanya Lee Circle, 10212
Davie, FL 33328
Telephone: (908) 415-6504
Email: jason@jasonrindenau.law

By: /s/ Jason L. Rindenau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 9th day of May, 2023. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Jason L. Rindenau

## SERVICE LIST

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
**Via CM/ECF**

Stuart Z. Grossman
Florida Bar No. 156113
szg@grossmanroth.com
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
aag@grossmanroth.com
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
**Via CM/ECF**

Stephen Neal Zack
Florida Bar No. 145215
szack@bsfllp.com
Tyler Ulrich
Florida Bar No. 94705
tulrich@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
**VIA CM/ECF**

Jose Ferrer
Florida Bar No. 173746
jose@markmigdal.com
Michelle Genet Bernstein
Florida Bar No. 1030736

michelle@markmigdal.com
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
**VIA CM/ECF**