**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 23-21023-CIV-ALTONAGA/Damian**

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**BEN ARMSTRONG**

    Defendant.

_____/

### ORDER GRANTING JASON RINDENAU'S MOTION TO WITHDRAW

**THIS CAUSE** having come before the Court, upon the Motion to Withdraw of Jason Rindenau, Esq. as counsel for Defendant, BEN ARMSTRONG, and the Court having reviewed the Motion, and being otherwise fully advised in the premise, it is hereby:

    ORDERED AND ADJUDGED that:

    1.    The Motion to Withdraw is hereby GRANTED.

    2.    Jason Rindenau and Jason Rindenau Law, P.A. are hereby permitted to withdraw as counsel for the Defendant, BEN ARMSTRONG, forthwith and shall have no further obligation in this matter.

    DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 9th day of May, 2023.

                                        _____
                                        U.S. DISTRICT COURT JUDGE

Copies furnished to:

All attorneys of record.