UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,
v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw of Jason Rindenau, Esq. as counsel for Defendant, Ben Armstrong [ECF No. 84]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Jason Rindenau and Jason Rindenau Law, P.A. are permitted to withdraw as counsel for the Defendant, Ben Armstrong, and shall have no further obligation in this matter.

**DONE AND ORDERED** in Miami, Florida, this 10th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record