UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21023-ALTONAGA/Damian

EDWIN GARRISON et al.,

    Plaintiffs,

v.

KEVIN PAFFRATH et al.,

    Defendants.
_____/

**ORDER**

Before the Court is the Motion for Leave to File Separate Defendant-Specific Motions to Dismiss (the "Motion"), [ECF No.   ], filed by Defendants Creators Agency LLC, Erika Kullberg, Brian Jung, Tom Nash, Jaspreet Singh, Ben Armstrong, Jeremy Lefebvre, Andrei Jikh, and Graham Stephan. The Court being fully advised, it is

ORDERED AND ADJUDGED that the Motion [ECF No.   ] is GRANTED as follows:

    1.    Defendants Creators Agency LLC, Erika Kullberg, and Brian Jung may file a combined defendant-specific motion to dismiss of no more than 30 pages;

    2.    Defendants Jeremy Lefebvre, Andrei Jikh, and Graham Stephan may file a combined defendant-specific motion to dismiss of no more than 30 pages;

    3.    Each of Defendants Tom Nash, Jaspreet Singh, and Ben Armstrong may file a defendant-specific motion to dismiss of no more than 15 pages each.

**DONE AND ORDERED** in Miami, Florida this ___ day of May 2023.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record