UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

**AMENDED ORDER**[1]

**THIS CAUSE** came before the Court on Defendants' Motion for Leave to File Separate Defendant-Specific Motions to Dismiss [ECF No. 86], filed on May 12, 2023. The relief Defendants seek is evident from the title of their Motion. Furthermore, in addition to challenging Plaintiffs' Complaint [ECF No. 1] for failure to state claims for relief under Federal Rule of Procedure 12(b)(6), some of the Defendants intend to challenge personal jurisdiction and the sufficiency of service of process under Federal Rules of Civil Procedure 12(b)(2) and (5), respectively. (*See* Mot. 2). To better manage the orderly progress of this case, it is

**ORDERED AND ADJUDGED** that Defendants' Motion **[ECF No. 86]** is **DENIED**. Instead, the parties shall comply with the following instructions:

    1.    By **May 18, 2023**, the Defendants who intend to challenge personal jurisdiction *and Plaintiffs* shall indicate whether *any of the parties* will be seeking jurisdictional discovery. In their written submission, these Defendants will indicate the schedule proposed by Plaintiffs and Defendants to complete jurisdictional discovery and thereafter brief these matters in a combined

---

[1] The amendments to the May 15, 2023 Order [ECF No. 87] appear in italicized text.

CASE NO. 23-21023-CIV-ALTONAGA/Damian

motion to dismiss.

2. By **May 18, 2023**, the Defendants who intend to challenge the sufficiency of service of process shall advise whether they have conferred with Plaintiffs in an attempt to resolve the issues surrounding service. In their written submission, these Defendants will report on the status of the conferral and whether agreement has or has not been reached.

3. Upon receipt of the required reports, the Court will provide further instruction regarding the manner of seeking dismissal of the Complaint to minimize unnecessary judicial labor and to conserve the parties' resources.

**DONE AND ORDERED** in Miami, Florida, this 16th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record