UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

    Defendant(s).
_____/

**NOTICE OF APPEARANCE**

    PLEASE NOTE the appearance of JOSEPH A. DEMARIA, ESQ., Fox Rothschild LLP, One Biscayne Tower, 2 S. Biscayne Blvd., Suite 2750, Miami, Florida 33131, as counsel of record for Defendant KEVIN PAFFRATH, in the above-referenced matter. Please forward copies of all subsequent pleadings, correspondence, etc., to undersigned counsel.

Dated: May 18, 2023
                                                 Respectfully submitted,

                                                     *s/Joseph A. DeMaria*
                                                     **JOSEPH A. DEMARIA, B.C.S.**
                                                     Florida Bar No. 764711
                                                     JDeMaria@FoxRothschild.com
                                                     **FOX ROTHSCHILD LLP**
                                                     One Biscayne Tower, Suite 2750
                                                     2 South Biscayne Blvd.
                                                     Miami, Florida 33131
                                                     Telephone: 305.442.6547
                                                     Facsimile: 305.442.6541

                                                    *Attorney for Defendant Kevin Paffrath*

145725211.1