UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

                                      Hon. Cecelia M. Altonaga

        Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

        Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ronald G. Acho of the law firm of Cummings, McClorey, Davis & Acho, PLC, 17436 College Parkway, FL 3, Livonia, Michigan 48152, (734) 261-2400, for purposes of appearance as co-counsel on behalf of Defendant Jaspreet Singh in the above-entitled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ronald G. Acho to receive electronic filings in this case, and

in support thereof states as follows:

1. Ronald G. Acho is not admitted to practice in the Southern District Florida and is a member of good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan.

2. Movant David E. Ghannam, Esquire, of counsel of the law firm of Cummings, McClorey, Davis & Acho, PLC, 17436 College Parkway, Livonia, Michigan 48152, (313) 945-0088, is a member in good standing of the bar of the State of Florida and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ronald G. Acho has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ronald G. Acho, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ronald G. Acho at email address racho@cmda-law.com.

**WHEREFORE**, David E. Ghannam, moves this Court to enter an Order allowing Ronald G. Acho, to appear before this Court on behalf of Jaspreet Singh, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic

filings to Ronald G. Acho.

Respectfully submitted,

/s/ David E. Ghannam
DAVID E. GHANNAM
Florida Bar Id. No. 854462
david@ghannam.law
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway, Fl 3
Dated: May 18, 2023                Livonia, MI 48152
(313) 945-0088
Attorneys for Defendant Jaspreet Singh

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this case. I hereby certify that I have mailed the paper to the following non-ECF participants: none.

/s/ David E. Ghannam
DAVID E. GHANNAM
Florida Bar Id. No. 854462
david@ghannam.law
Cummings, McClorey, Davis & Acho, PLC
17436 College Parkway, Fl 3
Dated: May 18, 2023                Livonia, MI 48152
(313) 945-0088