UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al*., on behalf of
themselves and all others similarly situated,

                                          Hon. Cecelia M. Altonaga

          Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

          Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Ronald G. Acho, Esq. Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having

considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Ronald G. Acho, Esq., may appear and participate in this action on behalf of Defendant Jaspreet Singh. The Clerk shall provide electronic notification of all electronic filings to Ronald G. Acho, Esq., at racho@cmda-law.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of May, 2023.

_____
Honorable Chief Judge Cecilia M. Altonaga
United States District Judge

Copies furnished to: All counsel of record