UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al*., on behalf of
themselves and all others similarly situated,

                                                                 Hon. Cecelia M. Altonaga

       Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

       Defendants.
_____/

## CERTIFICATION OF MICHAEL O. CUMMINGS

Michael O. Cummings, pursuant to Rule 4(b)(1) of the Rules governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the State of Michigan and the United States District Court for the Eastern District of Michigan; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: May 18, 2023　　　　　　　　　　/s/ Michael O. Cummings
　　　　　　　　　　　　　　　　　　　MICHAEL O. CUMMINGS