UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-cv-21023-CMA

EDWIN GARRISON, *et al*., on behalf of
themselves and all others similarly situated,

                                                        Hon. Cecelia M. Altonaga

       Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

       Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael O. Cummings, Esq. Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the Motion and all other relevant factors, it is hereby

       ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael O. Cummings, Esq., may appear and participate in this action on behalf of Defendant Jaspreet Singh. The Clerk shall provide electronic notification of all electronic filings to Michael O. Cummings, Esq., at mcummings@cmda-law.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of May, 2023.

>					_____
>					Honorable Chief Judge Cecilia M. Altonaga
>					United States District Judge

Copies furnished to: All counsel of record