UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Ronald G. Acho, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 91]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Ronald G. Acho may appear and participate in this action on behalf of Defendant Jaspreet Singh. The Clerk shall provide electronic notification of all electronic filings to Ronald G. Acho at racho@cmda-law.com.

**DONE AND ORDERED** in Miami, Florida, this 18th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record