UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    *Plaintiffs*,

v.

KEVIN PAFFRATH, *et al.*,

    *Defendants*.

**NOTICE OF CHANGE OF ADDRESS**

    Attorney Josef M. Mysorewala, Esq. of the Law Office of Josef M. Mysorewala, PLLC hereby files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    Law Office of Josef M. Mysorewala, PLLC
    2000 S Dixie Hwy., Ste. 112
    Miami, FL 33133
    Josefm@lawjmm.com

Dated: May 23, 2023

                            By:    /s/ Josef M. Mysorewala
                                    Josef M. Mysorewala
                                    Florida Bar No. 105425
                                    Law Office of Josef M. Mysorewala, PLLC
                                    2000 S Dixie Highway, Suite 112
                                    Miami, Florida 33133
                                    Telephone: (305) 356-1031
                                    Email: josefm@lawjmm.com
                                    *Attorney for Defendants Graham Stephan,*
                                    *Andrei Jikh, and Jeremy Lefebvre*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 23rd day of May, 2023, which will generate notification to all counsel of record or pro se parties identified below, thereby notifying all parties of record.

                                                By: /s/ Josef M. Mysorewala
                                                       Josef M. Mysorewala