UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,
v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 3, 2023, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 18] that obligated the parties to submit certificates of interested parties and corporate disclosure statements by May 1, 2023. (*See id.*). Defendant, Kevin Paffrath, filed notices of appearance [ECF Nos. 89–90] on May 18, 2023 but has yet to file a certificate of interested parties or corporate disclosure statement. Accordingly, it is

**ORDERED** that Defendant, Kevin Paffrath, shall submit a certificate of interested parties and corporate disclosure statement by **May 25, 2023**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of May, 2023.

                                                  _____
                                                  **CECILIA M. ALTONAGA**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record