UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF CLAIMS PENDING APPROVAL OF CLASS ACTION SETTLEMENT PROCEEDINGS AND <u>NOTICE OF NATIONAL CLASS-WIDE SETTLEMENT</u>**

This **CAUSE** is before the Court on the Joint Motion for Stay of Claims Pending Approval of Class Action Settlement Proceedings and Notice of Class-Wide Settlement ("Joint Motion"). [ECF No. ____]. Plaintiffs and Defendant Keving Paffrath ("the Settling Parties") have advised the Court that: (a) they have reached agreement on the primary terms of a proposed class-wide settlement that, if approved, will resolve all claims in this action against Defendant Paffrath; (b) the Settling Parties have signed a mediation Term Sheet reflecting these primary terms, which are subject to agreement on all details of a comprehensive written Class Action Settlement Agreement which they will now begin negotiating and drafting; and (c) the Settling Parties will seek preliminary and final approval of their class-wide settlement, upon finalization of their written Class Action Settlement Agreement, in accordance with the Settling Parties' proposed timetable.

CASE NO: 23-21023-CIV-ALTONAGA/Damian

Therefore, having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion is **GRANTED.**

2. This matter is hereby stayed pending the Settling Parties' execution and the Court's consideration of the contemplated class-wide Settlement Agreement.

3. The Parties will engage in settlement proceedings according to the following schedule:

    a. This matter is stayed as to the claims between the Settling Parties pending the Court's consideration of the proposed settlement;

    b. Plaintiffs shall file a Motion for Preliminary Approval of the Class-Wide Settlement by June 23, 2023; and

    c. If the Motion for Preliminary Approval is granted, the Court shall continue the stay as to all other aspects of this case and set the date and time for the Final Approval Hearing.

**DONE AND ORDERED** in Miami, Florida this ___ day of May, 2023.

_____
**HONORABLE CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record