UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, and CREATORS AGENCY, LLC,**

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF JOINT MOTION FOR BRIEF STAY PENDING APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT

Plaintiffs give notice of withdrawing the Joint Motion filed yesterday, ECF No. 99, which was inadvertently and prematurely filed. While Plaintiffs and Defendant Kevin Paffrath are discussing a settlement, the terms are not yet finalized. Plaintiffs and Defendant Kevin Paffrath will renew the Joint Motion, when appropriate.

Dated: May 24, 2023

Respectfully submitted,

**By:** */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

*CASE NO. 23-21023-CIV-ALTONAGA/Damian*

**By:** */s/Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

**By:** */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By:** */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 24, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Jose M. Ferrer*
Jose M. Ferrer