UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** is before the Court *sua sponte*. On May 2, 2023, the Court entered an Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 62] that required the parties to select a mediator; schedule a time, date, and place for mediation pursuant to Local Rule 16.2; and jointly submit a proposed order scheduling mediation on or before May 23, 2023. (*See id.* 1). To date, the parties have failed to submit a proposed order scheduling mediation and have not requested an extension of time to do so. Accordingly, it is

    **ORDERED** that on or before **May 26, 2023** the parties shall submit a proposed order scheduling mediation to take place prior to the February 26, 2024 mediation deadline. The parties are reminded that the procedures outlined in the CM/ECF Administrative Procedures require the proposed order be emailed to altonaga@flsd.uscourts.gov in Word format.[1]

---

[1] The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov.

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 24th day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record