UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-cv-21023-CMA**

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated,

    Plaintiff,

vs.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH,
JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE,
TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alan Wilmot, esq., of the law firm of Heitner Legal P.L.L.C. hereby enters his appearance as counsel for Defendant, Ben Armstrong, in the above-captioned matter. All correspondence, pleadings, and Court notices should be served upon him accordingly.

May 25, 2023                            Respectfully submitted,

                                               HEITNER LEGAL, P.L.L.C.

                                               By: /s/ Alan Wilmot
                                             Alan Wilmot (Fla. Bar No. 117840)
                                             215 Hendricks Isle
                                             Ft. Lauderdale, Florida 33301
                                             Telephone: (954) 558-6999
                                             E-mail: alan@heitnerlegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof on May 25, 2023

By: /s/ Alan Wilmot
Florida Bar No.: 117840