UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

    Defendant(s).
_____/

## DEFENDANT PAFFRATH'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Defendant, Kevin Paffrath ("Paffrath"), through undersigned counsel, and pursuant to this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 18] and Order dated May 23, 2023 [ECF No. 98], hereby states:

    1.    **Corporate Disclosure Statement**

Since Mr. Paffrath is an individual, there is no parent or publicly held corporation owning 10% or more of the stock of Mr. Paffrath.

    2.    **Certificate of Interested Persons**

A complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

CASE NO. 23-21023-CIV-ALTONAGA/Damian

| NAME | ASSOCIATION |
|------|-------------|
| Kevin Paffrath | Defendant |
| The Paffrath Organization, a California corporation, d/b/a "Meet Kevin" | Non-party affiliate of Defendant |
| Joseph A. De Maria | Counsel for Defendant Kevin Paffrath |
| Adam J. Lamb | Counsel for Defendant Kevin Paffrath |
| Fox Rothschild LLP | Counsel for Defendant Kevin Paffrath |
| Brian Jung | Defendant |
| Erika Kullberg | Defendant |
| Erika Kullberg LLC | Member of Defendant Creators Agency LLC |
| Creators Agency LLC | Defendant |
| Solidate | Member of Defendant Creators Agency LLC |
| Jose G. Sepulveda, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Derek M. Adams, Esq. | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Potomac Law Group, PLLC | Counsel for Defendants Brian Jung, Erika Kullberg, and Creators Agency LLC |
| Graham Stephan | Defendant |
| Stephan Real Estate, Inc., a Nevada corp. | Affiliate of Defendant Stephan Graham |
| Andrei Jikh | Defendant |
| Jeremy Lefebvre | Defendant |
| Financial Education Team, Nevada Sole Proprietorship | Affiliate of Defendant Jeremy Lefebvre |
| Josef M. Mysorewala | Counsel for Andrei Jikh, Jeremy Lefebvre, and Graham Stephan |
| Law Office of Josef M. Mysorewala, PLLC | Counsel for Andrei Jikh, Jeremy Lefebvre, and Graham Stephan |

CASE NO. 23-21023-CIV-ALTONAGA/Damian

| | |
|---|---|
| Kimberly P. Stein (pro hac vice) | Counsel for Andrei Jikh, Jeremy Lefebvre, and Graham Stephan |
| Flangas Law Group, Inc. | Counsel for Andrei Jikh, Jeremy Lefebvre, and Graham Stephan |
| Jaspreet Singh | Defendant |
| David E. Ghannam | Counsel for Defendant Jaspreet Singh |
| Ronald G. Acho (pro hac vice) | Counsel for Defendant Jaspreet Singh |
| Michael O. Cummings (pro hac vice) | Counsel for Defendant Jaspreet Singh |
| Cummings, McClorey, Davis & Acho, PLC | Counsel for Defendant Jaspreet Singh |
| Josef M. Mysorewala | Counsel for Defendant Lefebvre |
| Tom Nash | Defendant |
| Freddy Funes | Counsel for Defendant Tom Nash |
| Brian W. Toth | Counsel for Defendant Tom Nash |
| Ben Armstrong | Defendant |
| Jason Louis Rindenau | Counsel for Defendant Ben Armstrong |
| Darren Heitner | Counsel for Defendant Ben Armstrong |
| Alan Mensa-Wilmot | Counsel for Defendant Ben Armstrong |
| Heitner Legal P.L.L.C. | Counsel for Defendant Ben Armstrong |
| Adam Moskowitz | Counsel for Plaintiffs |
| Joseph M. Kaye | Counsel for Plaintiffs |
| Howard Mitchell Bushman | Counsel for Plaintiffs |
| The Moskowitz Law Firm, LLC | Counsel for Plaintiffs |
| Stuart Z. Grossman | Counsel for Plaintiffs |
| Grossman Roth Yaffa Cohen, P.A. | Counsel for Plaintiffs |
| Manuel A. Artega-Gomez, Esq. | Counsel for Plaintiffs |
| Stephen Neal Zack, Esq. | Counsel for Plaintiffs |

3

CASE NO. 23-21023-CIV-ALTONAGA/Damian

| | |
|---|---|
| Tyler Evan Ulrich, Esq. | Counsel for Plaintiffs |
| Boies Schiller Flexner LLC | Counsel for Plaintiffs |
| Jose Ferrer, Esq. | Counsel for Plaintiffs |
| Michelle Genet Bernstein, Esq. | Counsel for Plaintiffs |
| Mark Migdal Hayden LLP | Counsel for Plaintiffs |
| Edwin Garrison | Plaintiff |
| Gregg Podalsky | Plaintiff |
| Skyler Lindeen | Plaintiff |
| Alexander Chernyavsky | Plaintiff |
| Sunil Kavuri | Plaintiff |
| Gary Gallant | Plaintiff |
| David Nicol | Plaintiff |

Dated:  May 25, 2023.

    Respectfully submitted,

    FOX ROTHSCHILD, LLP
    One Biscayne Tower
    2 South Biscayne Blvd., Suite 2750
    Miami, Florida 33131
    Telephone: 305-442-6540
    Facsimile:  305-442-6541

    By: *s/Adam J. Lamb*
    JOSEPH A. DEMARIA, B.C.S.
    Florida Bar No. 764711
    JDeMaria@FoxRothschild.com
    ADAM J. LAMB
    Florida Bar No. 899046
    alamb@FoxRothschild.com
    jpoli@foxrothschild.com

    *Attorneys for Defendant Kevin Paffrath*

146166495.1

CASE NO. 23-21023-CIV-ALTONAGA/Damian

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of Court using the Court's CM/ECF system this 25th day of May, 2023, which will generate notification of electronic filing to all CM/ECF Participants.

*Adam J. Lamb*
ADAM J. LAMB

146166495.1