UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants.

_____/

## JOINT NOTICE SCHEDULING MEDIATION

Plaintiffs and Defendants jointly inform the Court that, in accordance with the Court's Order regarding [ECF No. 62] Scheduling Order Referring Case to Mediation [ECF No. 101], the Parties have agreed to select Harry R. Schafer, Esq., to mediate this action on November 1, 2023, at 9:00am PST / 12:00pm EST, via Zoom videoconference. A proposed order accompanies this notice as **Exhibit A**.

Dated: May 26, 2023

                                                           Respectfully submitted,

**By:** */s/ Adam M. Moskowitz*  
Adam M. Moskowitz  
Florida Bar No. 984280  
Joseph M. Kaye  
Florida Bar No. 117520  
**THE MOSKOWITZ LAW FIRM, PLLC**  
3250 Mary Street, Suite 202  
Coconut Grove, FL 33133  
Mailing Address:  
P.O. Box 653409  
Miami, FL 33175

By: */s/ Josef M. Mysorewala*  
Josef M. Mysorewala  
**Law Office of Josef M. Mysorewala, PLLC**  
2000 S Dixie Highway, Suite 112  
Miami, Florida 33133  
Telephone: (305) 356-1031  
Email: josefm@lawjmm.com

Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

Stuart Z. Grossman
Florida Bar No. 156113
Manuel A. Arteaga-Gomez
Florida Bar No. 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
szg@grossmanroth.com
aag@grossmanroth.com

Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

Kimberly P. Stein,
**Flangas Law Group, Inc.,**
3275 South Jones Blvd., Suite 105
Las Vegas,
NV 89146
Telephone: (702) 307-9500
kps@fdlawlv.com

*Counsel for Graham Stephan, Andrei Jikh, and Jeremy Lefebvre*

By: */s/ Joseph A. DeMaria*
Joseph A. DeMaria
Florida Bar No. 764711
Adam J. Lamb
Florida Bar No. 899046
**FOX ROTHSCHILD LLP**
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305.442.6547
Facsimile: 305.442.6541
JDeMaria@FoxRothschild.com
ALamb@FoxRothschild.com
mmiller-hayle@foxrothschild.com
JPoli@foxrothschild.com

*Counsel for Kevin Paffrath*

By: */s/ Jose G. Sepulveda*
Jose G. Sepulveda
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com

*Counsel for Brian Jung, Erika Kullberg, and Creators Agency*

2

        Derek Adams
        Potomac Law Group, PLLC
        1300 Pennsylvania Avenue, NW, Suite 700
        Washngton, DC 20004
        202-743-1511
        Email: dadams@potomaclaw.com

        *Co-Counsel for Brian Jung*


By: */s/ Brian W. Toth*
Brian W. Toth
Freddy Funes
**TOTH FUNES PA**
Ingraham Building
25 Southeast Second Avenue, Suite 805
Miami, Florida 33131
(305) 717-7850
btoth@tothfunes.com
ffunes@tothfunes.com

*Counsel for Tom Nash*


By: */s/ Darren Heitner*
Darren Heitner
Alan Wilmot
**HEITNER LEGAL, P.L.L.C.**
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
E-mail: darren@heitnerlegal.com
alan@heitnerlegal.com

*Counsel for Ben Armstrong*


By: */s/ David E Ghannam*
David E Ghannam
**David E Ghannam, P.C.**
17436 College Parkway
Ste 3rd Floor
Livonia, MI 48152
313-945-0088
Fax: 313-945-1199

Email: david@ghannam.law
Michael O. Cummings
**Cummings, McClorey, Davis & Acho, PLC**
1185 Avenue of the Americas,
3rd Floor
New York, NY 10036
(212) 547-8810
Email: mcummings@cmda-law.com

Ronald G. Acho
**Cummings, McClorey, Davis & Acho, PLC**
17436 College Parkway, FL 3
Livonia, MI 48152
(734) 261-2400
Email: racho@cmda-law.com

*Counsel for Jaspreet Singh*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing was filed on May 26, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Adam M. Moskowitz***
      ADAM M. MOSKOWITZ