# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,**

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

**THIS MATTER** came before the Court on the Parties' Joint Notice of Scheduling Mediation [ECF No. __], and the Court having considered the Joint Notice and otherwise being duly advised in the premises it is:

**ORDERED** as follows:

1. The Parties shall mediate this action before Harry R. Schafer, Esq., on November 1, 2023, at 10:00am PST / 12:00pm EST, via Zoom videoconference.

**DONE AND ORDERED** in Miami, Florida this __ day of May, 2023.

                                                  _____
                                                  **HONORABLE CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record