UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorneys Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., pursuant to S.D. Fla. L.R. 11.1(d)(3), respectfully move this Honorable Court for leave to withdraw their appearance as co-counsel for the Plaintiffs in the above-styled action.

In support thereof, the undersigned state:

1. The undersigned appeared in this matter as co-counsel at the request of The Moskowitz Law Firm, PLLC, to provide it aid and support. There is no further need for the undersigned's services in this matter.

2. The undersigned's withdrawal will not cause any prejudice or delay. The Moskowitz Firm, PLLC continues as lead Plaintiffs' counsel and two other law firms continue to serve as Plaintiffs' co-counsel. All remaining Plaintiffs' counsel are listed in the case's online electronic docket.

WHEREFORE for the foregoing reasons, the undersigned attorneys Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., respectfully request leave of Court to withdraw as counsel.

DATED: May 30, 2023.                    Respectfully submitted,

By: /s/ Stuart Z. Grossman
Stuart Z. Grossman, Esq.
Florida Bar No.: 156113
Manuel A. Arteaga-Gomez, Esq.
Florida Bar No.: 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134
Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on May 30, 2023, with the Court via the CM/ECF system, which will send notification of such filing to the following attorneys and/or parties of record:

Plaintiff, Edwin Garrison
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Gregg Podalsky
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Skyler Lindeen
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Alexander Chernyavsky
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Sunil Kavuri
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, Gary Gallant
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Plaintiff, David Nicol
c/o Adam M. Moskowitz, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Adam M. Moskowitz, Esq.
Joseph M. Kaye, Esq.
Howard M. Bushman, Esq.
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

Stephen N. Zack, Esq.
Tyler E. Ulrich, Esq.
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131

Jose M. Ferrer, Esq.
MARK MIGDAL HAYDEN LLP
80 SW 8th Street, Suite 1999
Miami, FL 33131

Michelle G. Bernstein, Esq.
MARK MIGDAL HAYDEN LLP
236 Costanera Road
Coral Gables, FL 33134

*Co-Counsel for Plaintiffs, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavsky, Sunil Kavuri, Gary Gallant, and David Nicol*

Adam J. Lamb, Esq.
Joseph A. DeMaria, Esq.
FOX ROTHSCHILD, LLP
One Biscayne Tower, Suite 2750
2 South Biscayne Boulevard
Miami, FL 33131

*Counsel for Defendant, Kevin Paffrath*

Brian W. Toth, Esq.
Freddy Funes, Eq.
TOTH FUNES, PA
25 Southeast Second Avenue, Suite 805
Miami, FL 33131

*Counsel for Defendant, Tom Nash*

Jose Guillermo Sepulveda, Esq.
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON
Museum Tower, Suite 2200
150 W. Flagler Street
Miami, FL 33130

Derek Adams. Esq.
POTOMAC LAW GROUP, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004

*Counsel for Defendants, Brian Jung, Erika Kullberg, and Creators Agency LLC*

David E. Ghannam, Esq.
DAVID E. GHANNAM, P.C.
17436 College Parkway, 3rd Floor
Livonia, MI 48152

Michael O. Cummings, Esq.
CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
1185 Avenue of the Americas, 3rd Floor
New York, NY 10036

Ronald G. Acho, Esq.
CUMMINGS, McCLOREY, DAVIS & ACHO, PLC
17436 College Parkway, 3rd Floor
Livonia, MI 48152

*Counsel for Defendant, Jaspreet Singh*

Josef M. Mysorewala, Esq.
LAW OFFICE OF JOSEF M MYSOREWALA, PLLC
2000 S. Dixie Highway, Suite 112
Miami, FL 33133

Kimberly P. Stein, Esq.
FLANGAS LAW GROUP, INC.
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146

*Co-Counsel for Defendants, Graham Stephan, Adrei Jikh, and Jeremy Lefebvre*

Darren A. Heitner, Esq.
HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Fort Lauderdale, FL 33301

*Counsel for Ben Armstrong*

        By:   */s/ Stuart Z. Grossman*
            STUART Z. GROSSMAN