UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw of Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., as co-counsel for Plaintiffs (ECF No. 106]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stuart Z. Grossman, Esq., Manuel A. "Alex" Arteaga-Gomez, Esq., and Grossman Roth Yaffa Cohen, P.A. are permitted to withdraw as co-counsel for the Plaintiffs and shall have no further obligation in this matter.

**DONE AND ORDERED** in Miami, Florida, this _____ day of May, 2023.

                                               **CECILIA M. ALTONAGA**
                                               **CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record