UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

EDWIN GARRISON, *et al.*,

    Plaintiffs,
v.

KEVIN PAFFRATH, *et al.*,

    Defendants.
_____/

### ORDER SCHEDULING MEDIATION

The Parties shall mediate this action before Harry R. Schafer, Esq., on November 1, 2023, at 9:00 AM PST / 12:00 PM EST, via Zoom videoconference. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 30th day of May, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record