UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,
v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw of Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., as co-counsel for Plaintiffs [ECF No. 106]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stuart Z. Grossman, Esq., Manuel A. "Alex" Arteaga-Gomez, Esq., and Grossman Roth Yaffa Cohen, P.A. are permitted to withdraw as co-counsel for the Plaintiffs and shall have no further obligation in this matter.

**DONE AND ORDERED** in Miami, Florida, this 31st day of May, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record