**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 23-21023-CIV-ALTONAGA/Damian**

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

**KEVIN PAFFRATH, GRAHAM STEPHAN,
ANDREI JIKH, JASPREET SINGH, BRIAN
JUNG, JEREMY LEFEBVRE, TOM NASH,
BEN ARMSTRONG, ERIKA KULLBERG,
CREATORS AGENCY, LLC,**

      Defendants.
_____/

**JOINT MOTION FOR STAY AS TO DEFENDANT KEVIN PAFFRATH PENDING
APPROVAL OF SETTLEMENT AGREEMENT AND NOTICE OF SETTLEMENT**

      Plaintiffs and Defendant, Kevin Paffrath (collectively, the "Settling Parties"), are proud to announce they have executed a Term Sheet which provides for a full Settlement of the claims against Defendant Paffrath this class action matter. To save the Court and the Settling Parties time and resources, the Settling Parties jointly request a stay of the litigation between the Settling Parties, so the Settling Parties can devote their time and resources to drafting and finalizing the Class Action Settlement Agreement and preparing the Motion for Preliminary Approval of the Class Action Settlement Agreement. Settlement negotiations are ongoing as to other Defendants in this Action, which may result in additional executed Term Sheets in short order. The Settling Parties, including any additional Defendants who also wish to settle the claims against them with Plaintiffs and the Class, intend to expeditiously seek preliminary approval of the Class Action Settlement Agreement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of the requested stay, the Parties state the following:

      1.      On May 23, 2023, Plaintiff and Defendant, Kevin Paffrath reached an arms-length agreement in principle to resolve all claims against Defendant, in this proceeding. The Settling Parties executed a formal Term Sheet on June 1, 2023.

2.      Plaintiffs are also engaged in productive negotiations with other Defendants in this Action and expect that additional settlements may be reached in the near term.

3.      The Settling Parties are now in the process of drafting a detailed Class Action Settlement Agreement that settles all issues in this action, and dismissal of all claims against Defendant Paffrath, and possible additional Defendants, with prejudice.

4.      After execution of the Settlement Agreement, the Plaintiffs will it present to the Court and seek preliminary approval of the Class Action Settlement, including the plan of notice to the settlement class, pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4.      It is well settled that this Court has the authority to stay proceedings to manage its docket, based upon the circumstances of a particular case, especially where the parties have reached a settlement of the matter. *See, e.g., Landis v. North Am. Water Works & Elec. Co.*, 299 U.S. 248, 254 (1936); *Republic of Venezuela v. Philip Morris Cos., Inc.*, No. 99-0586-Civ, 1999 WL 33911677, at *1 (S.D. Fla. Apr. 28, 1999); *see also, e.g., Arkin v. Smith Med. Partners, LLC*, No. 8:19-cv-1723-T-26AEP, 2020 WL 1666158, at *2–*3 (M.D. Fla. April 3, 2020) (staying class action litigation pending court's evaluation of proposed settlement to "avoid duplicative discovery efforts and related, overlapping issues" and to "allow the parties—and the Court—to focus on the propriety of the Motion for Preliminary Approval"). A class-wide settlement, if approved, will resolve all claims and issues in this action.

5.      A very brief stay of approximately 30 days will also conserve the Settling Parties' and the Court's resources, and will allow the Settling Parties to focus on settlement details, allow Plaintiffs to work on reaching similar agreements with additional Defendants in this Action, and in drafting the necessary formal agreements and preliminary approval briefs, rather than spending their efforts on class certification, discovery disputes, and any further dispositive motions or motion *in limine* that, if settlement is approved, will turn out to be unnecessary.

6.      The Settling Parties therefore respectfully request that the Court briefly stay the case for a period of 30 days. On or before the conclusion of the 30-day stay, Plaintiffs will either file a Class Action Settlement Agreement with a Motion for Preliminary Approval of the Class Action Settlement Agreement, or a Status Report seeking to stay the litigation for an additional 30 days as to Defendant Paffrath, and potentially extend the stay to additional Defendants, to the extent necessary to finalize additional agreements with other Defendants, who would then join in the Class Action Settlement Agreement.

**WHEREFORE**, the Settling Parties respectfully request the Court enter the attached Order staying all claims pending the execution and approval of a class-wide Settlement Agreement and that sets specific timelines for the Settling Parties to seek preliminary approval of the Settlement.

DATED: June 1, 2023                          Respectfully submitted,

**By:** */s/ Adam Moskowitz*          | **By:** *s/Adam J. Lamb*
Adam M. Moskowitz                         | **JOSEPH A. DEMARIA, B.C.S.**
Florida Bar No. 984280                      | Florida Bar No. 764711
Joseph M. Kaye                               | **ADAM J. LAMB**
Florida Bar No. 117520                      | Florida Bar No. 899046
**THE MOSKOWITZ LAW FIRM, PLLC**   | **FOX ROTHSCHILD, LLP**
2 Alhambra Plaza, Suite 601            | One Biscayne Tower
Coral Gables, FL 33134                     | 2 South Biscayne Blvd., Suite 2750
Telephone: (305) 740-1423              | Miami, Florida 33131
adam@moskowitz-law.com            | Telephone: 305-442-6540
joseph@moskowitz-law.com          | Facsimile: 305-442-6541
                                                  | JDeMaria@FoxRothschild.com
**By:** */s/ Stephen Neal Zack*       | alamb@FoxRothschild.com
Stephen Neal Zack                          | jpoli@foxrothschild.com
Florida Bar No. 145215
Tyler Ulrich                                     | *Attorneys for Defendant Kevin Paffrath*
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By:** */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing document electronically on the Court's CM/ECF docket on June 1, 2023, which served same electronically upon all counsel of record.

s/ <i>Adam M. Moskowitz</i>

Adam M. Moskowitz
