UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

**KEVIN PAFFRATH**, *et al.,*

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY OF CLAIMS PENDING APPROVAL OF CLASS ACTION SETTLEMENT PROCEEDINGS AND NOTICE OF NATIONAL CLASS-WIDE SETTLEMENT**

This **CAUSE** is before the Court on the Joint Motion for Stay of Claims Pending Approval of Class Action Settlement Proceedings and Notice of Class-Wide Settlement ("Joint Motion"). [ECF No. ____]. Plaintiffs and Defendant Kevin Paffrath ("the Settling Parties") have advised the Court that: (a) they have reached agreement on the primary terms of a proposed class-wide settlement that, if approved, will resolve all claims in this action against Defendant Paffrath; (b) the Settling Parties have signed a negotiated Term Sheet reflecting these primary terms, which are subject to agreement on all details of a comprehensive written Class Action Settlement Agreement which they will now begin negotiating and drafting; (c) Settlement negotiations are ongoing as to other Defendants in this Action, which may result in additional agreements and executed Term Sheets; and (d) the Settling Parties, including any additional Defendants who also wish to settle the claims against them with Plaintiffs and the Class, will seek preliminary and final approval of their class-wide settlement, upon finalization of their written Class Action Settlement Agreement.

Therefore, having reviewed the record and having otherwise been duly advised on the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Joint Motion is **GRANTED.**

2.     This matter is stayed for a period of thirty (30) days, pending the Settling Parties' execution and the Court's consideration of the contemplated class-wide Settlement Agreement.

CASE NO: 23-21023-CIV-ALTONAGA/Damian

3.      On or before the conclusion of the On or before the conclusion of the 30-day stay, Plaintiffs will either file a Class Action Settlement Agreement with a Motion for Preliminary Approval of the Class Action Settlement Agreement, or a Status Report seeking to stay the litigation for an additional thirty (30) days as to Defendant Paffrath, and potentially extend the stay as to additional Defendants, to the extent necessary to finalize additional agreements with other Defendants, who would then join in the Class Action Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida this ___ day of _____, 2023.

_____
**HONORABLE CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record