UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

      Plaintiffs,
v.

**KEVIN PAFFRATH**, *et al.*,

      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs and Defendant Kevin Paffrath's ("the Settling Parties[']") Joint Motion for Stay as to Defendant Kevin Paffrath Pending Approval of Settlement Agreement and Notice of Settlement [ECF No. 111], filed on June 1, 2023.

The Settling Parties: (1) have reached agreement on the primary terms of a proposed class-wide settlement that, if approved, will resolve all claims in this action against Paffrath; (2) the Settling Parties have signed a negotiated term sheet reflecting these primary terms, which are subject to agreement on all details of a comprehensive written class-action settlement agreement which they will now begin negotiating and drafting; (3) settlement negotiations are ongoing as to other Defendants in this action, which may result in additional agreements and executed term sheets; and (4) the Settling Parties, including any additional Defendants who also wish to settle the claims against them with Plaintiffs and the class, will seek preliminary and final approval of their class-wide settlement upon finalization of their written class-action settlement agreement. (*See generally* Mot.). The Settling Parties seek a 30-day stay of the litigation between the Settling Parties in order to focus on settlement details. (*See id.* 1).

Being fully advised, it is

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**ORDERED AND ADJUDGED** as follows:

1. The Motion **[ECF No. 111]** is **GRANTED**.

2. The matter is stayed as to Defendant Kevin Paffrath until **July 1, 2023**, pending the Settling Parties' execution and the Court's consideration of the contemplated class-wide settlement agreement.

3. On or before **July 1, 2023**, Plaintiffs shall file either a motion for preliminary approval of the class-action settlement agreement, or a status report on the progress of settlement negotiations with Defendant Paffrath and additional Defendants, if any.

**DONE AND ORDERED** in Miami, Florida, this 1st day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record