**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 23-21023-CIV-ALTONAGA/Damian**

EDWIN GARRISON, *et al.,* on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

KEVIN PAFFRATH, GRAHAM STEPHAN, ANDREI JIKH, JASPREET SINGH, BRIAN JUNG, JEREMY LEFEBVRE, TOM NASH, BEN ARMSTRONG, ERIKA KULLBERG, CREATORS AGENCY, LLC,

      Defendants.

_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in

the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated:  June 1, 2023               Respectfully submitted,

                             By: */s/ Howard M. Bushman*
                              Howard M. Bushman
                              Florida Bar No. 0364230
                              **The Moskowitz Law Firm, PLLC**
                              Continental Plaza
                              3250 Mary Street, Suite 202
                              Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: */s/ Howard M. Bushman*
Howard M. Bushman