UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-CV-21023-CMA

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    Plaintiffs*,*

v.

**KEVIN PAFFRATH,** *et al.***,**

    Defendants*.*

                                                    /

## PLAINTIFFS' NOTICE OF FILING FTX MDL TRANSFER ORDER AND NOTICE OF POTENTIAL TAG-ALONG ACTION

    Plaintiffs respectfully give notice of filing the attached Transfer Order entered today by the United States Judicial Panel on Multidistrict Litigation (the "Panel") in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076 (the "FTX MDL"), ECF No. 138 (June 5, 2023), **Exhibit A**, ordering transfer and consolidation of all "related" and "tag-along" actions to Judge K. Michael Moore, and the Notice of Potential Tag-Along Action filed in the FTX MDL identifying this Action as potentially subject to transfer and consolidation into the FTX MDL. *See* **Exhibit B.**

| | |
|---|---|
| Dated: June 5, 2023 | Respectfully submitted, |
| | **By:** */s/ Adam Moskowitz* |
| | Adam M. Moskowitz |
| | Florida Bar No. 984280 |
| | Joseph M. Kaye |
| | Florida Bar No. 117520 |
| | **THE MOSKOWITZ LAW FIRM, PLLC** |
| | 3250 Mary Street, Suite 202 |
| | Coconut Grove, FL 33133 |
| | Telephone: (305) 740-1423 |
| | adam@moskowitz-law.com |
| | joseph@moskowitz-law.com |

1

**By:** */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Tyler Ulrich
Florida Bar No. 94705
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
tulrich@bsfllp.com

**By:** */s/ Jose Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on June 5, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ