# EXHIBIT D

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,                           CASE NO. 1:23-cv-21023-CMA/Damian

      Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

      Defendants.
_____/

### DEFENDANT BRIAN JUNG'S OBJECTION TO NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF DEFENDANT BRIAN JUNG

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and in accordance with this Court's Order dated May 19, 2023 [D.E. 96], Defendant Brian Jung hereby submits its objection to Plaintiffs' Notice of Taking the Videotaped Deposition of Defendant Brian Jung as follows:

1.    Mr. Jung objects to the Notice of Deposition because Plaintiffs' counsel has indicated that they do not intend to limit the scope of the deposition to jurisdictional discovery, notwithstanding Judge Altonaga's May 19, 2023 Order [D.E. 96].

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2023, a true and correct copy of the foregoing was sent via electronic mail to all counsel of record.

    STEARNS WEAVER MILLER WEISSLER
    ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
    JOSE G. SEPULVEDA, FL Bar No. 154490
    jsepulveda@stearnsweaver.com
    mfigueras@stearnsweaver.com
    150 W. Flagler Street, Suite 2000
    Miami, Florida 33130
    Telephone:  305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: 202-204-3005

*Counsel for Defendant Erika Kullberg*

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,　　　　　　　　　　CASE NO. 1:23-cv-21023-CMA/Damian

　　　　Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

　　　　Defendants.
_____/

## DEFENDANT ERIKA KULLBERG'S OBJECTION TO NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF DEFENDANT ERIKA KULLBERG

　　　　Pursuant to Rule 30 of the Federal Rules of Civil Procedure and in accordance with this Court's Order dated May 19, 2023 [D.E. 96], Defendant Erika Kullberg hereby submits its objection to Plaintiffs' Notice of Taking the Videotaped Deposition of Defendant Erika Kullberg as follows:[1]

　　　　1.　　Ms. Kullberg objects to the Notice of Deposition because Plaintiffs' counsel has indicated that they do not intend to limit the scope of the deposition to jurisdictional discovery, notwithstanding Judge Altonaga's May 19, 2023 Order [D.E. 96].

---

[1] By asserting this objection, Defendant Kullberg does not waive, and specifically preserves, her defenses under Rule 12(b)(5), which is being filed separately, in accordance with the Court's Order [D.E. 96].

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2023, a true and correct copy of the foregoing was sent via electronic mail to all counsel of record.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
JOSE G. SEPULVEDA, FL Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone: 305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: 202-204-3005

*Counsel for Defendant Erika Kullberg*

#11722328 v1

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EDWIN GARRISON, *et al.*,

      Plaintiffs,

v.

KEVIN PAFFRATH, *et al.*,

      Defendants.
_____/

CASE NO. 1:23-cv-21023-CMA/Damian

**DEFENDANT CREATORS AGENCY LLC'S OBJECTIONS TO NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF DEFENDANT CREATORS AGENCY LLC'S RULE 30(b)(6) REPRESENTATIVE(S)**

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and in accordance with this Court's Order dated May 19, 2023 [D.E. 96], Defendant Creators Agency LLC ("Creators Agency") hereby submits its objections to Plaintiffs' Notice of Taking the Videotaped Deposition of Defendant Creators Agency LLC, including the "Definitions and Instructions" and "Eight Deposition Subjects" contained in Exhibit A attached thereto, as follows:

**GENERAL OBJECTIONS**

1. The following General Objections are incorporated in Creators Agency's Specific Objections raised for each Deposition Subject.

2. Creators Agency objects to the extent it is determined that the Deposition Subjects may exceed the scope of jurisdictional discovery, notwithstanding Judge Altonaga's May 19, 2023 Order [D.E. 96].

3. Creators Agency reserves the right to raise merits-based or class-based objections, including but not limited to an objection that the Deposition Subjects exceed the scope of information relevant to the YBAs, which are the alleged "security" at issue in this litigation.

4. Creators Agency objects to the definition of "CA," "You," or "Your" as overbroad.

1

5. Creators Agency objects to the extent the Deposition Subjects seek information protected from disclosure by the attorney-client privilege, attorney work product doctrine, common interest privilege and/or joint defense privilege. Any inadvertent disclosure of privileged information or material is not intended as a waiver of the applicable privilege or protection.

### SPECIFIC OBJECTIONS TO EIGHT DEPOSITION SUBJECTS

**DEPOSITION SUBJECT NO. 1**: All Documents and responses provided in response to Plaintiffs' request for production, dated and served on May 16, 2023.

> **RESPONSE**: Creators Agency incorporates objections raised in Defendant Creators Agency LLC's Response to Plaintiffs' First Set of Seven Requests for Production and clarifies that, under this Court's May 19, 2023 Order [D.E. 96], such documents are to be produced by June 12, 2023.

**DEPOSITION SUBJECT NO. 2**: All Documents and Communications, including contracts or agreements, regarding any business You (personally or through any entity owned by You, or any of Your or Your entities' affiliates, representatives, employees, or agents) conducted with the FTX Entities, including all documents and communications regarding any payments made to You (personally or to any entity owned by You, or any of Your or Your entities' affiliates, representatives, employees, or agents) in accordance with any such contract or agreement.

> **RESPONSE**: In addition to the foregoing General Objections, Creators Agency objects to this Deposition Subject to the extent it seeks information regarding business Creators Agency conducted with the FTX Entities, that are not related to, referring to, or connected in any way to the State of Florida, and are therefore outside the scope of jurisdictional discovery.

**DEPOSITION SUBJECT NO. 3**: All videos or other content You (personally or through any entity owned by You, or any of Your or Your entities' affiliates, representatives, employees, or agents) produced regarding, relating to, and/or mentioning the FTX platform, FTT, and/or YBAs, including videos or content that have been removed from their public-facing platforms.

> **RESPONSE**: In addition to the foregoing General Objections, Creators Agency objects to this Deposition Subject as seeking information outside the scope of jurisdictional discovery.

**DEPOSITION SUBJECT NO. 4**: All Documents and Communications, that show, evidence and/or relate to Defendant "targeting" Defendant's Florida audience, and Florida's FTX consumers.

> **RESPONSE**: Creators Agency maintains its General Objections regarding this Deposition Subject.

2

**DEPOSITION SUBJECT NO. 5**: All Documents and Communications regarding any and all communications between You (personally or through any entity owned by You, or any of Your or Your entities' affiliates, representatives, employees, or agents) with the FTX Entities regarding promotion of FTT, YBAs or the FTX Platform.

> **RESPONSE**: In addition to the foregoing General Objections, Creators Agency objects to this Deposition Subject to the extent it seeks information about documents and communications with the FTX Entities regarding promotion of FTT, YBAs or the FTX Platform, if any, that are not related to, referring to, or connected in any way to the State of Florida, and are therefore outside the scope of jurisdictional discovery.

**DEPOSITION SUBJECT NO. 6**: All Documents regarding any and all due diligence You (personally or through any entity owned by You, or any of Your or Your entities' affiliates, representatives, employees, or agents) conducted before promotion of FTT, YBAs or FTX Platform to the public.

> **RESPONSE**: In addition to the foregoing General Objections, Creators Agency objects to this Deposition Subject as seeking information outside the scope of jurisdictional discovery.

**DEPOSITION SUBJECT NO 7**: All Documents and Communications between You and any of the Co-Defendants in this Action regarding this lawsuit and/or the subject matter of this lawsuit, including the promotion of FTT, YBAs or the FTX Platform.

> **RESPONSE**: In addition to the General Objections, Creators Agency objects to this Deposition Subject as seeking information about documents and communications that are protected by the attorney-client privilege, attorney work product doctrine, common interest and/or joint defense privilege. In addition, Creators Agency objects to this Deposition Subject as outside the scope of jurisdictional discovery to the extent it seeks information about communications that are not related to, referring to, or connected to the State of Florida.

**DEPOSITION SUBJECT NO. 8**: All Documents that show, evidence and/or relate to Your purchases, ownership, or control of FTT, including any wallet addresses controlled by You related to your FTT holdings.

> **RESPONSE**: In addition to the foregoing General Objections, Creators Agency objects to this Deposition Subject as seeking information outside the scope of jurisdictional discovery.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2023, a true and correct copy of the foregoing was sent via electronic mail to all counsel of record.

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: */s/ Jose G. Sepulveda*
JOSE G. SEPULVEDA, FL Bar No. 154490
jsepulveda@stearnsweaver.com
mfigueras@stearnsweaver.com
150 W. Flagler Street, Suite 2000
Miami, Florida 33130
Telephone: 305-789-3200

and

POTOMAC LAW GROUP, PLLC
Derek Adams, Esq., *Pro Hac Vice*
dadams@potomaclaw.com
1300 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004
Telephone: 202-204-3005

*Counsel for Defendant Erika Kullberg*

4