UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-21023-CIV-ALTONAGA/Damian

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**KEVIN PAFFRATH**, *et al.*,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on Plaintiffs' Notice of Filing FTX MDL Transfer Order and Notice of Potential Tag-Along Action [ECF No. 116], filed on June 5, 2023. According to the Notice, this action has been identified as potentially subject to transfer and consolidation into the *In re: FTX Cryptocurrency Exchange Collapse Litigation*, MDL No. 3076. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The case is **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation or further order of the Court.

2. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen the case at the appropriate time. All pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 5th day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record